IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO.. 96-247 |
| SUPERINTENDENT WOLFE, *et al.*, | : |
| defendants. | : |

## ENTRY OF APPEARANCE

**TO THE CLERK**

Kindly enter my appearance as counsel for Plaintiff in the above-captioned matter.

        Respectfully submitted,

        **Pennsylvania Institutional Law Project**

        By: __s/Angus Love_____
        Angus Love, I.D. #22392
        Jere Krakoff, I.D. #

        924 Cherry St., Ste. 523
        Philadelphia, PA 19107
        (215) 925-2966 (Telephone)
        (215) 925-5337 (Facsimile)

Date: January 25, 2006        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2006, Plaintiff's Entry of Appearance was served electronically on counsel for Defendants as follows:

Thomas Halloran, Esquire
**Office of Attorney General**
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA  15219

Kemal Alexander Merricli, Esquire
Senior Deputy Attorney General
Office of Attorney General – Western Region
6th Floor Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

                                                 _s/Angus Love_
                                                 GUS R. LOVE