IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LISA LAMBERT | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.. 96-247 |
| SUPERINTENDENT WOLFE, *et al.,* | : | |
| Defendants. | : | |

## PLAINTIFF LAMBERT'S MOTION TO REOPEN CASE

**AND NOW** comes Plaintiff Lisa Lambert through her attorneys Angus Love and Jere Krakoff who move this Honorable Court to reopen her case for the following reasons.

1. Plaintiff Lambert refused to release her psychiatric records due to pending post-conviction criminal proceedings.

2. Said criminal proceedings have been concluded.

3. Per this Court's Order of July 14, 2000, this case will be reopened upon the filing of a Motion requesting such by either party.

4, Accordingly, Plaintiff Lambert is prepared to resume this case.

For these reasons, Plaintiff Lambert respectfully requests that the case be reopened.

                    Respectfully submitted,

                    **Pennsylvania Institutional Law Project**

                    By: __s/Angus Love_____
                         Angus Love, I.D. #22392
                         Jere Krakoff, I.D. #

                         924 Cherry St., Ste. 523
                         Philadelphia, PA 19107
                         (215) 925-2966 (Telephone)
                         (215) 925-5337 (Facsimile)
Date: January 25, 2006          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of January, 2006, Plaintiff's Motion to Reopen Case was served via U. S. Mail, first class, postage paid on counsel for Defendants as follows:

>Thomas Halloran, Esquire
>**Office of Attorney General**
>564 Forbes Avenue
>6th Floor, Manor Complex
>Pittsburgh, PA  15219
>
>Kemal Alexander Merricli, Esquire
>Senior Deputy Attorney General
>Office of Attorney General – Western Region
>6th Floor Manor Complex
>564 Forbes Avenue
>Pittsburgh, PA  15219

                                                  _s/Angus Love_
                                                  ANGUS R. LOVE

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.. 96-247 |
| SUPERINTENDENT WOLFE, *et al.,* | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this _____ day of January, 2006, Plaintiff's Motion to Reopen the Case is **HEREBY GRANTED**.

BY THE COURT:

_____
**J.**