IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT, | ) |
|       Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 96-247 Erie |
| | ) |
| SUPERINTENDENT WOLFE, et al, | ) |
|       Defendants. | ) |

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on February 28, 2004 at 11:00 a.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                          Sincerely,

                          Leslie R. Wallen
                          Judicial Assistant/Courtroom Deputy to
                          Judge Baxter
                          (814) 464-9630

Dated: January 30, 2006

cc: all parties of record (lw)