IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA LAMBERT,                      )
        Plaintiff,        )
        v.                 )   C.A. No. 96-247 Erie
                           )   District Judge McLaughlin
SUPER. WILLIAM WOLFE, et al,       )   Magistrate Judge Baxter
        Defendants.       )

**O R D E R**

AND NOW, this 10th day of February, 2006;

IT IS HEREBY ORDERED that the Clerk of Courts file the complaint [Document # 1], the answer by Defendants Wolff, Utz, Bartlett, Raun and Dormanic [Document # 2], and the answer by Defendant Eicher [Document # 23] electronically. The documents may be renumbered as 38, 39, and 40, respectively.

                      S/ Susan Paradise Baxter
                      SUSAN PARADISE BAXTER
                      CHIEF UNITED STATES MAGISTRATE JUDGE