IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 96-247 Erie |
| | ) |
| SUPERINTENDENT WILLIAM WOLFE, | ) |
| CAPTAIN KEITH BARTLETT, JOHN | ) |
| RAUN, JAMES EICHER and DEP. | ) |
| SUPERINTENDENT VICTORIA | ) |
| DORMANIC, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, come the defendants, William Wolfe, Keith Bartlett, John Raun and Victoria Dormanic, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section, and respectfully submit the following:

Please withdraw the appearance of Thomas F. Halloran, Senior Deputy Attorney General in the above-captioned case.

    Respectfully submitted,

    **THOMAS W. CORBETT, JR.**
    **Attorney General**

By:     s/Kemal Alexander Mericli
    Kemal Alexander Mericli
    Senior Deputy Attorney General
    Attorney I.D. No. 27703

    Susan J. Forney
    Chief Deputy Attorney General
    Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  February 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, I electronically filed the foregoing Motion to Withdraw Appearance with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

Angus Love, Esquire
Jere Krakoff, Esquire
924 Cherry St., Suite 523
Philadelphia, PA   19107

James Eicher, DL-5603
State Correctional Institution
 at Waynesburg
375 Prison Road
Waynesburg, PA   15370

           s/Kemal Alexander Mericli
           Kemal Alexander Mericli
           Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  February 15, 2006