IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  96-247 Erie |
| | ) | |
| SUPERINTENDENT WILLIAM WOLFE, | ) | |
| CAPTAIN KEITH BARTLETT, JOHN | ) | |
| RAUN, JAMES EICHER  and DEP. | ) | |
| SUPERINTENDENT  VICTORIA | ) | |
| DORMANIC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

AND NOW, come the defendants, William Wolfe, Keith Bartlett, John Raun and Victoria Dormanic, by their attorneys, Thomas W. Corbett, Jr., Attorney General, Kemal Alexander Mericli, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section,  and respectfully submit the following:

Please enter the appearance of Kemal Alexander Mericli, Senior Deputy Attorney General for the defendants, William Wolfe, Keith Bartlett, John Raun and

Victoria Dormanic in the above-captioned case.

Respectfully submitted,

**THOMAS W. CORBETT, JR.**
**Attorney General**


By:    s/Kemal Alexander Mericli
       Kemal Alexander Mericli
       Senior Deputy Attorney General
       Attorney I.D. No. 27703

       Susan J. Forney
       Chief Deputy Attorney General
       Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA   15219

Date:  February 15, 2006

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2006, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:


Angus Love, Esquire
Jere Krakoff, Esquire
924 Cherry St., Suite 523
Philadelphia, PA    19107

James Eicher, DL-5603
State Correctional Institution
 at Waynesburg
375 Prison Road
Waynesburg, PA    15370


                                                s/Kemal Alexander Mericli
                                                Kemal Alexander Mericli
                                                Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA   15219

Date:  February 15, 2006