IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 96-247 Erie |
| SUPERINTENDENT WILLIAM WOLFE, CAPTAIN KEITH BARTLETT, JOHN RAUN, JAMES EICHER and DEP. SUPERINTENDENT VICTORIA DORMANIC, | ) |
|        Defendants. | ) |

**ORDER OF COURT**

**AND NOW,** to-wit, this _____ day of _____, 2006, upon consideration of the foregoing motion, it is hereby **ORDERED** that the withdrawal of appearance of Thomas F. Halloran, Senior Deputy Attorney General, in the above-captioned case is **GRANTED.**

                         By the Court:

                         _____
                                                    J.