IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA LAMBERT,            )
       Plaintiff,      )
                      )
    v.                   ) Civil Action No. 96-247 Erie
                      )
SUPERINTENDENT WOLFE, et al,   )
       Defendants.     )

**N O T I C E**

TAKE NOTICE that the above captioned case is scheduled for a Status Conference before the Honorable Susan Paradise Baxter, on March 21, 2006 at 2:00 p.m., Room A280, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. All parties must appear in person.

                  Sincerely,

                  Leslie R. Wallen
                  Judicial Assistant/Courtroom Deputy to
                  Judge Baxter
                  (814) 464-9630

Dated: March 10, 2006

cc: all parties of record (lw)