IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247 Erie |
| | : | |
| v. | : | Magistrate Judge BAXTER |
| | : | |
| SUPERINTENDENT WILLIAM WOLFE, et al., | : | |
| | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2006, Plaintiff's Consent Motion For Extension of Time To Complete Discovery is HEREBY GRANTED. Discovery shall close on July 17, 2006; motions for summary judgment are due on or before _____; and oppositions are due on or before _____.

BY THE COURT:

_____
J.