IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247 Erie |
| | : | |
| v. | : | Magistrate Judge BAXTER |
| | : | |
| SUPERINTENDENT WILLIAM WOLFE, et al., | : | |
| | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the Consent Motion For Extension of Time To Complete Discovery was served upon the following via first-class mail:

James Eicher
DL-5603
SCI Waynesburg
375 Prison Road
Waynesburg, PA 15370

                                            Respectfully submitted,
                                            /s/Angus Love
                                            Angus Love, ID # 22392
                                            Pennsylvania Institutional Law Project
                                            924 Cherry Street, Suite 523
                                            Philadelphia, PA 19107
                                            (215) 925-2966

Date: June 14, 2006