## IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 96-247 |
| | ) Judge Sean J. McLaughlin |
| WILLIAM WOLFE; KEITH BARLETT, JOHN RAUN; JAMES EICHER; and VICTORIA KORMANIC | ) Magistrate Judge Susan Paradise Baxter |
| | ) |
| | ) Electronically Filed |

## ORDER

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **Defendants' Unopposed Motion for Extension of Time to Complete Discovery** it is hereby **ORDERED** that the Defendants' Motion is **GRANTED.** Discovery will close on_____, 2006. Summary Judgment is due_____, 2006, and Response to Summary Judgment is due_____, 2006.

BY THE COURT;

_____J.