IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 96-247 |
| | ) Judge Sean J. McLaughlin |
| WILLIAM WOLFE; KEITH BARLETT, JOHN RAUN; JAMES EICHER; and VICTORIA KORMANIC | ) Magistrate Judge Susan Paradise Baxter |
| | ) |
| | ) Electronically Filed |

**SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25**

Defendant, Captain Keith Bartlett, is deceased and should be dismissed as a party defendant in this action. Captain Bartlett died on April 26, 2003.

WHEREFORE, Captain Bartlett should be dismissed as a defendant and his name deleted from the caption in this matter.

Respectfully submitted,

**Thomas W. Corbett, Jr.**
Attorney General

/s/ Robert A. Willig
ROBERT A. WILLIG
Senior Deputy Attorney General
Attorney I.D. No. 53581

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA 15219
Phone: (412) 565-5696
Fax:    (412) 565-3019

Susan J. Forney
Chief Deputy Attorney General

Date: October 13, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Suggestion of Death Upon the Record Under Rule 25 was served upon the following via ECF this 13th day of October 2006:

Angus Love
Sue Ming Yeh
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304 South
Philadelphia, PA 19106

I hereby certify that a true and correct copy of the within Suggestion of Death Upon the Record Under Rule 25 was served upon the following via first class mail this 13th day of October 2006:

James Eicher
209 McConnell Road
New Wilmington, PA 16142

|  |  |
|---|---|
|  | /s/ Robert A. Willig |
|  | ROBERT A. WILLIG |
| Office of Attorney General | Senior Deputy Attorney General |
| 6th Floor, Manor Complex | Attorney I.D. No. 53581 |
| 564 Forbes Ave. |  |
| Pittsburgh, PA  15219 |  |
| Phone: (412) 565-5696 | Susan J. Forney |
| Fax:    (412) 565-3019 | Chief Deputy Attorney General |

Date:  October 13, 2006