## IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT ) | |
| ) | |
| ) | |
| v.            ) | |
| ) | Civil Action No. 96-247 |
| ) | Judge Sean J. McLaughlin |
| WILLIAM WOLFE; KEITH ) | Magistrate Judge Susan Paradise Baxter |
| BARLETT, JOHN RAUN; ) | |
| JAMES EICHER; and VICTORIA ) | |
| KORMANIC ) | |
| ) | |
| ) | Electronically Filed |

### ORDER

AND NOW, to-wit, this_____day of_____, 2006, upon consideration of the Suggestion of Death Upon the Record of Captain Keith Bartlett, IT IS HEREBY ORDERED that he is dismissed as a party defendant in this action and that his name be removed from the caption of this matter.

BY THE COURT;

_____, J.