**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247  Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, | : | |
| et al., | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR SUBSTITUTION UNDER RULE 25**
**UPON SUGGESTION OF DEATH**

Plaintiff was notified and served with Defendant Keith Bartlett's Suggestion of Death

Upon the Record Under Rule 25 on October 13, 2006.  Plaintiff respectfully moves for

substitution of Bartlett by Bartlett's estate, successors or representatives, pursuant to Rule 25(a)

of the Federal Rules of Civil Procedure.  See McKenna v. Pacific Rail Serv., 32 F.3d 820, 836

(1994) (explaining that the other party, executor or administrator may move for substitution of

the deceased within 90 days of when Suggestion of Death was filed, not from date of actual

death); see also Darmanchev v. Roytshteyn, 234 F.R.D. 78, 82 (E.D. Pa. 2005) (granting motion

to substitute defendant's personal representative where defendant had died).

Therefore, Plaintiff respectfully requests that Defendant Bartlett's estate, successors, or

representatives be substituted pursuant to F.R.C.P. 25(a).

Respectfully submitted,

       /s/Angus Love
Angus Love, ID # 22392
Pennsylvania Institutional Law Project
Cast Iron Building
718 Arch Street, Suite 304 South
Philadelphia, PA 19106
(215) 925-2966

Date: October 17, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LISA LAMBERT,                                    :
                                                 :                    CIVIL ACTION NO:
                        Plaintiff,               :                    96 CV. 247  Erie
                                                 :
            v.                                   :                    Judge Sean J. McLaughlin
                                                 :                    Magistrate Judge BAXTER
SUPERINTENDENT WILLIAM WOLFE, :
et al.,                                          :                    (Filed via ECF)
                                                 :
                        Defendants.              :
                                                 :

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion for Substitution Under Rule 25 Upon Suggestion of Death was served upon the following via ECF this 17th day of October 2006:

Rob Willig
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

I hereby certify that a true and correct copy of the Motion for Substitution Under Rule 25 Upon Suggestion of Death was served upon the following via first class mail this 17th day of October 2006:

James Eicher
209 McConnell Road
New Wilmington, PA 16152

                                        Respectfully submitted,
                                            /s/Angus Love
                                        Angus Love, ID # 22392
                                        Pennsylvania Institutional Law Project
                                        Cast Iron Building
                                        718 Arch Street, Suite 304 South
                                        Philadelphia, PA 19106
                                        (215) 925-2966

Date: October 17, 2006