IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247  Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, | : | |
| et al., | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____ , 2006, Plaintiff's Motion for Substitution Under Rule 25 Upon Suggestion of Death is HEREBY GRANTED.  It is hereby ORDERED that Defendant Keith Bartlett's estate, successors or representatives be substituted as a party defendant in this action.

BY THE COURT:

_____
J.