## IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT )<br>)<br>)<br>v.          )<br>)<br>)<br>WILLIAM WOLFE; KEITH )<br>BARLETT, JOHN RAUN; )<br>JAMES EICHER; and VICTORIA )<br>KORMANIC )<br>)<br>) | <br><br><br><br>Civil Action No. 96-247<br>Judge Sean J. McLaughlin<br>Magistrate Judge Susan Paradise Baxter<br><br><br><br><br>Electronically Filed |

### **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

AND NOW, come the Defendants, Wolfe, Bartlett, Raun, and Kormanic by their attorneys, Thomas W. Corbett, Jr., Attorney General, Robert A. Willig, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief Litigation Section and respectfully request that summary judgment be granted in their favor for the following reasons:

1. The pleadings, depositions, answers to interrogatories, and admissions on file, etc. show that there is no genuine issue as to any material fact, pursuant to Fed.R.Civ.Pro. Rule 56(c), concerning Plaintiff's claims against the defendants.

2. Specifically, Plaintiff fails to allege the personal involvement of superintendent Wolfe and Captain Bartlett and she cannot show that she faced a substantial risk of harm to which Wolfe and Bartlett were deliberately indifferent.

3. Visual strip searches are constitutional. The November 22, 1994 visual search of Plaintiff was done in a reasonable manner, was not maliciously or sadistically motivated, and was done for obvious penological and institutional reasons.

4. Defendant Raun's alleged misconduct prior to August 20, 1994 is barred by the statute of limitations.

5. A brief in support and Defendants' statement of material facts not in dispute are incorporated by reference.

6. The following documents have been attached hereto:

**Attachment A:** Deposition of William Wolfe

**Attachment B:** SCI-Cambridge Springs Inmate Count for September 25, 1992

**Attachment C:** Deposition of John Raun

**Attachment D:** Table of Inappropriate Social or Sexual Contact With SCI-Cambridge Springs Inmates

**Attachment E:** Department of Corrections Code of Conduct

**Attachment F:** DC-173 Form-Receipt of Code of Ethics Handbook

**Attachment G:** Excerpt of Deposition of Vaughn Davis

**Attachment H:** Excerpt of Deposition of Mike Wolanin

**Attachment I:** Deposition of Ronald Lazenby

**Attachment J:** Deposition of Sandra Wolfgang

**Attachment K:** Deposition of Keith Bartlett

**Attachment L:** Wolfe Memoranda Ordering Internal SCI-Cambridge Springs Investigations

**Attachment M:** Wolfe Memoranda Requesting OPR Assistance

**Attachment N:** Documentation *Re* Wolfe's Actions towards Eicher, Walton, and Miller

**Attachment O:** Deposition of Roger Beck

**Attachment P:** Deposition of Victoria Kormanic

**Attachment Q:**  **Videotape of Vaughn Davis Lecture**[1]

**Attachment R:**  **Form Confirming that SCI-Cambridge Springs Employee Viewed Davis Tape, Read Code of Conduct, and Understood Both**

**Attachment S:**  **Memorandum Concerning Installation of Cameras at SCI-Cambridge Springs**

**Attachment T:**  **OPR Investigation Cover Sheet of John Raun – June 24, 1994**

**Attachment U:**  **Deposition of Lisa Lambert**

**Attachment V:**  **Lancaster County Court of Common Pleas Order**

**Attachment W:**  **A.T.A. Paperwork**

**Attachment X:**  **November 22, 1994 Videotape of Plaintiff's Return to SCI-Cambridge Springs.**

**Attachment Y:**  **DC Form 78**

**Attachment Z:**  **BC-ADM 203, Searches of Inmates and Cells**

**Attachment AA:**  **Epstein, Wolfe, and Fulcomer Correspondence**

---

[1] Defendants have forwarded to this Court Attachments Q and X – two videotapes. To the best of Defendants' knowledge, these tapes were previously provided to Plaintiff during discovery. If the Defendants are in error, they will forward copies of the tapes onto Plaintiff's counsel upon request.

3

WHEREFORE, it is respectfully requested that partial summary judgment be entered in favor of the Defendants.

                              Respectfully submitted,

                              **Thomas W. Corbett, Jr.**
                              Attorney General

BY:   /s/ Robert A. Willig
        ROBERT A. WILLIG
        Senior Deputy Attorney General
        PA I.D. No. 53581

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date:  October 26, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within **Defendants' Partial Motion for Summary Judgment** was served upon the following by ECF this 26th day of October 2006:

Angus Love
Sue Ming Yeh
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304 South
Philadelphia, PA 19106

I hereby certify that a true and correct copy of the within **Defendants' Partial Motion for Summary Judgment** was served upon the following via first class mail this 26th day of October 2006:

James Eicher
209 McConnell Road
New Wilmington, PA 16142

/s/ Robert A. Willig
ROBERT A. WILLIG
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

Date: October 26, 2006