### IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT )<br> )<br> )<br>v.  )<br> )<br> )<br>WILLIAM WOLFE; KEITH )<br>BARLETT, JOHN RAUN; )<br>JAMES EICHER; and VICTORIA )<br>KORMANIC )<br> )<br> ) | Civil Action No. 96-247<br>Judge Sean J. McLaughlin<br>Magistrate Judge Susan Paradise Baxter<br><br><br>Electronically Filed |

### **ORDER**

AND NOW, to wit, this____day of_____, 200___, upon consideration of the foregoing **Defendants' Motion for Partial Summary Judgment** it is hereby **ORDERED** that the Defendants' Motion is **GRANTED.**


                                                                BY THE COURT;

                                                                _____J.