**IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA LAMBERT | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 96-247 |
| | ) | Judge Sean J. McLaughlin |
| WILLIAM WOLFE; KEITH | ) | Magistrate Judge Susan Paradise Baxter |
| BARLETT, JOHN RAUN; | ) | |
| JAMES EICHER; and VICTORIA | ) | |
| KORMANIC | ) | |
| | ) | |
| | ) | Electronically Filed |

**ORDER**

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing **Defendants' Motion to Reconsider the Court's Order of October 18, 2006 Permitting the Substitution of Defendant Bartlett's Estate, Successors, or Representatives**, it is **ORDERED** that the Defendants' Motion is **GRANTED.**

This Court's October 18, 2006 Order permitting Plaintiff to substitute Bartlett's estate, representatives, or successors for Defendant Bartlett is **VACATED**.  Plaintiff is directed to provide proof that a proper party exists before permitting substitution of that party for Defendant Bartlett.

BY THE COURT;

_____J.