

COMMONWEALTH OF PENNSYLVANIA
### OFFICE OF ATTORNEY GENERAL
October 26, 2006

**TOM CORBETT**
ATTORNEY GENERAL

Office of Attorney General
6th Floor, Manor Complex
564 Forbes Ave.
Pittsburgh, PA  15219
(412) 565-5696
rwillig@attorneygeneral.gov

# RECEIVED

## OCT 2 7 2006

U.S. District Court for the Western District of Pennsylvania
Clerk of Courts' Office – Erie Division
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA
***ATTN: Debbie Mayo***
P.O. Box 1820
Erie, PA 16507

     *Re: Lambert v. Wolfe, et.al.,* Civil Action No. 96-247

Dear Ms. Mayo,

     We spoke earlier today on the phone about making videotapes a part of the record in the above-captioned case.  Please find enclosed two (2) videotapes.  These tapes are Attachments Q and X to the Defendants' Motion for Partial Summary Judgment that was filed via ECF today, October 26, 2006.  Attachment Q is entitled "Videotape of Vaughn Davis Lecture" and Attachment X is entitled "November 22, 1994 videotape of Plaintiff's return to SCI-Cambridge Springs."  Magistrate Judge Susan Paradise Baxter is presiding on this case.

     If you can please forward these tapes onto Judge Baxter so that the Defendants' Motion for Partial Summary Judgment is complete I would greatly appreciate it.  Please do not hesitate to call or e-mail if you have any questions or concerns.  Thank you for your assistance.

     Sincerely yours,

     Robert A. Willig
     Senior Deputy Attorney General

RAW/pm