IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247 Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, et al., | : | |
| | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____ , 2006, Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants' Motion for Partial Summary Judgment is HEREBY GRANTED. Plaintiff's response to Defendant's Motion for Partial Summary Judgment is due by Friday, December 1, 2006.

BY THE COURT:

_____
J.