IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247 Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, | : | |
| et al., | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**PROPOSED ORDER**

AND NOW, this _____ day of _____, 2006, Defendants' Motion to Reconsider the Court's Order of October 18, 2006 Permitting the Substitution of Defendant Bartlett's Estate, Successors, or Representatives as a Party Defendant is HEREBY DENIED. It is hereby FURTHER ORDERED that Defendants identify and disclose Bartett's estate executor, administrator, distributor or representative, or if the information is not yet available, to disclose information relating to Bartlett's death, most recent known address, and closest living relatives.

BY THE COURT:

_____
J.