## IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT )<br>)<br>)<br>v.       )<br>)<br>)<br>WILLIAM WOLFE; KEITH )<br>BARLETT, JOHN RAUN; )<br>JAMES EICHER; and VICTORIA )<br>KORMANIC )<br>)<br>) | <br><br><br><br>Civil Action No. 96-247<br>Judge Sean J. McLaughlin<br>Magistrate Judge Susan Paradise Baxter<br><br><br><br><br>Electronically Filed |

### NOTICE OF STATUS OF THE ESTATE OF KEITH BARTLETT

AND NOW, comes the Defendants, Wolfe, Bartlett, Raun, and Kormanic, by their attorneys Thomas W. Corbett, Jr., Attorney General, Robert A. Willig, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1. By Order dated November 2, 2006, this Honorable Court instructed the Defendants to apprise the Court and Plaintiff of the status of the estate of Defendant Keith Bartlett on or before November 16, 2006.

2. Attached for this Court's and the Plaintiff's review is the documentation the Defendants have received from the Crawford County Register of Wills Office (*See* Exhibit 1). Letters of administration were granted on May 2, 2003 to Debra A. Bartlett, Keith Bartlett's spouse, and the estate is still listed as being open. No attorney is associated with the estate and there are three beneficiaries listed.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the within Notice of Status of the Estate of Keith Bartlett was served upon the following via ECF this 16th day of November 2006:

Angus Love
Sue Ming Yeh
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304 South
Philadelphia, PA 19106


I hereby certify that a true and correct copy of the within Notice of Status of the Estate of Keith Bartlett was served upon the following via first class mail this 16th day of November 2006:

James Eicher
209 McConnell Road
New Wilmington, PA 16142

|  |  |
|---|---|
|  | /s/ Robert A. Willig |
|  | ROBERT A. WILLIG |
| Office of Attorney General | Senior Deputy Attorney General |
| 6th Floor, Manor Complex | Attorney I.D. No. 53581 |
| 564 Forbes Ave. |  |
| Pittsburgh, PA  15219 |  |
| Phone: (412) 565-5696 | Susan J. Forney |
| Fax:    (412) 565-3019 | Chief Deputy Attorney General |

Date:  November 16, 2006