# EXHIBIT 1

## Documentation from Crawford County Register of Wills Office



Register & Recorder
**CAROL A. STAINBROOK**

**Crawford** **County**

Deputy
**DEBORAH CURRY**

OFFICE OF
REGISTER AND RECORDER
**COURTHOUSE**
**MEADVILLE, PENNSYLVANIA 16335**
**Phone 814/333-7335**

Solicitor
RECEIVER E. BLYSTONE, Esquire
Ofc. of Attorney General

NOV **1 0** 2006
WRO
Civil Litigation

Office of the Attorney General
Western Regional Office
Attn: Catherine D. Carnprobst
6th Floor, Manor Complex
564 Forbes Ave
Pittsburgh, PA 15219

Re: Information request on Keith Bartlett from Crawford County

Dear Ms. Carnprobst:

As per your request dated November 2, 2006 directed to the Clerk of Courts, it was forwarded to the Register of Wills Office and the following is the information that we can provide.

Letters of Administration were granted on May 2, 2003 to Debra A. Bartlett(who is listed as wife). The file number for the estate is 20-03-261, and it is still open at this time. There is no attorney associated with the estate. As for beneficiaries those listed on the 5.6& 5.7 Notice to Beneficiaries are as follows:

Dawn Bartlett Willey
31438 1st Street
Cambridge Springs, PA 16403

Jennifer Bartlett
400 N. Ave K
Apt. 12
Portales, NM 88130

The Address for the Administrator is:
Debra A. Bartlett
16950 Brookhouser Rd.
Saegertown, PA 16433

Also, attached please find a copy of the Docket sheet, which you requested.

If we can be of any further assistance please do not hesitate to call our office at (814) 333-7338.  Again we are the Register of Wills Office
Crawford County Courthouse
903 Diamond Park
Meadville, PA 16335

Sincerely,

Carol A. Stainbrook
Register & Recorder

10185511062006                Crawford County - Register Of Wills                    Page      1
ROW621                                                                          11/06/2006

    File No 2003-00261                              PA File No 2003-00261

    Decedent   BARTLETT KEITH R

                                    Docket Entries

D/E  Date
No.  Filed

001 05/02/03 PETITION FOR GRANT OF LETTERS OF ADMINISTRATION

002 05/02/03 GRANT OF LETTERS OF ADMINISTRATION

003 06/18/03 CERTIFICATION OF NOTICE UNDER RULE 5.6(A)