1               UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

2

3        -------------------------

                           :
4        LISA MICHELLE LAMBERT,  :

                           :
5                PLAINTIFF,  :

                           :
6          -v-          :

                           :
7        SUPERINTENDENT WILLIAM  :   DOCKET CA 96-247 ERIE
        WOLFE, in his individual :
8        capacity,          :

                           :      - - -
9            and         :

                           :
10       DEPUTY SUPERINTENDENT   :   DEPOSITION  UPON
        CHARLES UTZ, in his    :
11       individual capacity,    :   ORAL EXAMINATION

                           :
12            and         :       OF:

                           :
13       CAPTAIN KEITH BARTLETT,  :   LISA MICHELLE LAMBERT
        in his individual      :
14       capacity,          :

                           :
15            and         :

                           :
16       JOHN RAUN, in his      :
        individual capacity,    :
17                           :

            and         :
18                           :

        JAMES EICHER, in his    :
19       individual capacity,    :

                           :
20            and         :

                           :
21       DEPUTY SUPERINTENDENT   :
        VICTORIA KORMANIC,     :
22       in her individual      :
        capacity,          :
23                           :

               DEFENDANTS. :
24                           :

        -------------------------
25                                 **A 203**

1       TRANSCRIPT of the stenographic notes of the

2    proceedings taken in the above-entitled matter, as

3    taken by PASQUALE F. CORVINE, a Certified Shorthand

4    Reporter and Notary Public of the State of New Jersey,

5    at the EDNA MAHAN CORRECTIONAL FACILITY FOR WOMEN,

6    P.O. Box 4004, Clinton, New Jersey 08809-4004, on

7    Thursday, July 22, 1999, commencing at 10:00 a.m.

8

9

10                 A P P E A R A N C E S

11

12           PENNSYLVANIA INSTITUTIONAL LAW PROJECT
             BY:   ANGUS R. LOVE, ESQ.
13                    EXECUTIVE DIRECTOR
             924 Cherry Street
14           Suite 523
             Philadelphia, Pennsylvania 19107
15           ON BEHALF OF THE PLAINTIFF

16           MIKE FISHER, ESQ.
             ATTORNEY GENERAL
17           BY:   THOMAS F. HALLORAN, ESQ.
                     SENIOR DEPUTY ATTORNEY GENERAL
18           Commonwealth of Pennsylvania
             Office of the Attorney General
19           Litigation Section
             6th Floor, Manor Complex
20           564 Forbes Avenue
             Pittsburgh, Pennsylvania 15219
21           ON BEHALF OF THE DEFENDANTS

22

23
                    JOHN F. TRAINOR, INC.
24                  BY:   PASQUALE F. CORVINE
                    CERTIFIED SHORTHAND REPORTER
25                  LICENSE NO.:  XI00645

                                                    **A 204**

LAMBERT

1                           L I S A    M I C H E L L E

2                   L A M B E R T,  having first been duly

3                   sworn, was examined and testified as

4                   follows:

5

6       EXAMINATION BY

7       MR. HALLORAN:

8

9               Q    Ms. Lambert, would you state your name

10      for the record.

11      A       Lisa Michelle Lambert.

12              Q    Ms. Lambert, I'm Tom Halloran.  I'm with

13      the Pennsylvania Attorney General's Office, and I

14      represent the defendants in a lawsuit that you filed

15      in the United States District Court, Western Section

16      of Pennsylvania, Civil Action No. 96-247 ERIE.

17              In that lawsuit you have named Superintendent

18      William Wolfe, Deputy Superintendent Charles Utz,

19      Captain Keith Bartlett, John Raun, James Eicher, and

20      Deputy Superintendent Victoria Kormanic as defendants.

21              Are you familiar with that lawsuit?

22      A       Yes.

23              Q    I'm going to ask you some questions about

24      that lawsuit and some of the facts underlying it.

25              And if you don't understand my question, ask me

1    to rephrase it so you do understand it.  Please make

2    sure you answer my questions verbally.  The court

3    reporter has to have a "yes" or "no" response or a

4    verbal response to take down.

5         Are you under medication or are there any other

6    reasons you won't be truthful or you might not

7    understand my questions?

8    A    No.  I'm not on any medication.

9         Q    Are you currently receiving any medical

10   or psychiatric or psychological treatment?

11   A    No, I'm not.

12        Q    Prior to the filing of the complaint in

13   your lawsuit, did you have an opportunity to review

14   the statements of fact contained in it with your

15   lawyer?

16   A    Yes.

17        Q    And is it your testimony that those

18   allegations in the complaint are true?

19   A    Yes.

20        Q    You have alleged in your complaint

21   generally that Superintendent William Wolfe has failed

22   to carry out his responsibilities as the

23   superintendent with regard to protection of female

24   inmates, including yourself.  What's the basis of that

25   allegation?

**A 206**

1    investigate allegations of sexual abuse, as they

2    related to you?

3    A    I have no knowledge of that.  I have never seen

4    Superintendent Wolfe speaking to Captain Bartlett.

5        Q    Okay.  Did Captain Bartlett come to you

6    and ask you questions about your allegations regarding

7    either John Raun or James Eicher?

8    A    Yes.

9        Q    You have also named as defendant Deputy

10    Superintendent Victoria Kormanic, and what is the

11    basis of your allegation against Deputy Superintendent

12    Kormanic?

13    A    I feel she repeatedly disregarded my

14    complaints.  I feel that she used humiliation and

15    intimidation when she videotaped me.  I feel that she

16    purposely verbally abused me.  She ignored my plight.

17    I feel that she took the word of her officers over my

18    word just because they were officers.

19        Q    Now, you make some specific allegations

20    with regard to Ms. Kormanic as it relates to the

21    videotaping.  Do you recall those?

22    A    Yes.

23        Q    All right.  Are those true allegations?

24    A    Yes.

25        Q    Now, in your complaint you indicated you

1    arrived at SCI Cambridge Springs, two words, in

2    January 1993, and then in May 1993 through October

3    1994 you allege that Officer Raun, R-a-u-n, kissed and

4    fondled you against your will in the prison, and did

5    so several times.

6        When was the last incident between you and

7    Officer Raun that you're complaining about?

8    A    On October 4th or 5th.

9        Q    October 4th or 5th of 1994?

10   A    I'm not -- I'm a little confused about the

11   year.  That would have been '94.

12       Q    And did you keep any written records or

13   notes regarding the alleged events between you and

14   Officer Raun?

15   A    I kept a calendar, which I believe that the

16   attorney in Pennsylvania has in evidence.  I turned

17   that over for pretrial evidence for the trial against

18   Officer Raun.

19       Q    Did that calendar contain indications for

20   both Eicher and Raun or just Raun?

21   A    It contained notations for numerous people.

22       Q    Are you making allegations of sexual

23   misconduct against any other officers other than Raun

24   and Eicher?

25   A    Officer -- no.  He was -- Sergeant Merry

A 208

1   participated in helping Officer Eicher do things to

2   me.

3          Q     Was that on one occasion?

4   A      Yes.

5          Q     And was that in May of 1993?

6   A      Yes -- no.  I think it was March, March 19th.

7          Q     March 19, 1994?

8   A      Yes.

9          Q     With regard to Officer Eicher, you allege

10  ongoing victimization.  When was the first incident

11  that you recall with Officer Eicher?

12  A      He started following me around in October of

13  '93, and that was basically just general sexual

14  harassment.  He tried to offer me gifts.  He basically

15  followed me around everywhere I went and kept

16  complementing me, kept writing me letters telling me

17  he was in love with me, and that's as far as it went

18  for two months until Christmas Eve.  I just

19  basically --

20         Q     Christmas Eve nineteen ninety --

21  A       '93, I think.  I'm confused about these years

22  because it's been so long.

23         Q     And so from October 1993 to December 1993

24  you perceived him following you around and he offered

25  you gifts.  What gifts did he offer you?      **A 209**

1    A    Chocolate, perfume, lace panties.  I can't

2    remember.  He would just try to slip things into my

3    hand.  I can't remember everything, it was so many

4    different things.  He would try and put things into my

5    hands, and sometimes I would look at them and

6    sometimes I wouldn't and I would just push his hand

7    back and say I wouldn't want it.  I didn't take

8    anything from him.

9         Q    When you came into the institution, were

10    you advised of the rules and regulations of the

11    institution?

12    A    Yes.

13         Q    And you were aware that it was a

14    violation of those rules for a staff member or

15    corrections officer to fraternize with inmates?

16    A    There was nothing about that in the rule book.

17    I don't recall.

18         Q    Did you understand that it would be

19    improper for an inmate to receive contraband from a

20    staff member?

21    A    That was never discussed.  That was common

22    practice, for male officers to bring things to the

23    women.  I had no knowledge it was against the rules.

24         Q    Did you receive an inmate handbook?

25    A    Yes.

A 210

JOHN F. TRAINOR, INC., TRENTON, NEW JERSEY
1-609-890-7033

LAMBERT                                                                  11

1        Q    Did you understand that it was your

2   responsibility as an inmate to be familiar with the

3   inmate handbook?

4   A    Yes.

5        Q    And did you understand it would be

6   improper conduct for an officer to engage in sexual

7   harassment of an inmate?

8   A    I don't recall ever seeing that.

9        Q    I understand you don't recall seeing it.

10  Did you understand that would be improper conduct?

11  Did you understand that would be conduct that you

12  would be expected to report to the administration?

13  A    Not at Cambridge Springs.  I saw that type of

14  thing every day, officers doing that to women.

15       Q    And what type of sexual misconduct are

16  you alleging against Officer Raun?

17  A    Officer Raun?

18       Q    Yes.

19  A    Basically, I feel that he enjoyed humiliating

20  me, he enjoyed terrorizing me.  He knocked me around.

21  I don't believe at all that he even believed that I

22  was a person, that I was a human being.  I believe

23  that he just enjoyed hurting me and making me afraid

24  and slapping me and pushing me and just basically

25  making me very afraid of him.                    **A 211**

LAMBERT

12

1    Q    So your testimony, as I gather, is that

2    he physically assaulted you, he beat you; is that

3    correct?

4    A    He pulled me by my hair.  He pushed me.  He

5    left marks on me.

6    Q    Did you understand that if a staff person

7    or corrections officer did that to you, that would be

8    something you as an inmate could and should report to

9    the administration?

10   A    I thought that I could report it.

11   Q    Did you report it?

12   A    Yes.

13   Q    When did you first report it?

14   A    I went to Deputy Utz, and at that point I had

15   just told him about Raun making advances towards me,

16   because he hadn't started knocking me around yet, and

17   Deputy Utz just basically laughed it off.  He said

18   Raun was a healthy young man, and he basically laughed

19   it off.

20   Q    When you made that first complaint to

21   Officer Utz, Raun had not physically touched you in

22   any way?

23   A    Yes.  He kept putting his thumb across my mouth

24   and backed me into a corner.

25   Q    Did you report that conduct specifically

A 212

1    to Deputy Utz?

2    A      Yes.

3          Q      You said he hadn't physically abused you.

4    He hadn't hit you at that point?

5    A      No.

6          Q      After he struck you or pushed you around,

7    did you then make another complaint to anyone in the

8    administration?

9    A      Yes.  I went to Martha Miller.

10         Q      Okay.  And how many times did you go to

11   Martha Miller?

12   A      One time.

13         Q      And what did you report to her?

14   A      I wrote a four-page grievance on Raun.  I wrote

15   everything he had done to me -- that he pushed me,

16   that he sought me out while I was cleaning on my

17   isolated detail, that he repeatedly found me in places

18   where there were no staff members or inmates around,

19   that he had knocked me around, that I felt that he was

20   threatening me.

21         Q      What were the locations or what was the

22   location of the areas he found you where there were no

23   other persons around?

24   A      There's a building called Louter.  There are

25   four floors.  The only floors that were occupied were

1    Floors One and Two.  Floors Three and Four were very

2    damaged from the rioting at the college campus years

3    ago, and my detail was to clean the stairways on all

4    four floors and to clean Louter Three and Four.  There

5    was a lot of debris and graffiti, and I was supposed

6    to try and clean it off as much as I could.  I was

7    supposed to pick up pieces of wood and glass and get

8    them picked up.

9         Q    Who was on that detail with you?

10   A    I was by myself.

11        Q    Who assigned you to that detail?

12   A    Deborah Sauers.

13        Q    And when did you have that

14   responsibility?

15   A    From January of '93 until October of '93

16   when -- I'm trying to think.  They put me in the

17   laundry in October and November of '93, and then I was

18   in the laundry for a while, and then they put me back

19   on the detail.

20        Q    Do you recall when you went back on the

21   detail?

22   A    I think April or May of '94, when I came out of

23   RHU.

24        Q    And when you went back on the detail the

25   second time, was it Ms. Sauers that put you on the

1    detail the second time?

2    A    I don't know.  I was told by the

3    administration, by Superintendent Wolfe, that he was

4    taking my job away from me and putting me back on the

5    detail.

6    Q    You mean your laundry job?

7    A    No.  First they had me on the detail, then I

8    was in the laundry, and then they moved me from the

9    laundry to the -- I was -- I can't remember what they

10   called it.  I had a desk in the property office.  I

11   processed incoming/outgoing packages, and I worked in

12   the office with Ms. Lazenby for quite a while.  I used

13   to file things for her and type things, and I think I

14   worked in there for about six weeks, and then I went

15   to RHU.

16   Q    And when was your last day at SCI

17   Cambridge Springs?

18   A    June 27th.

19   Q    Nineteen ninety --

20   A    '95.

21   Q    So what were your assignments?  You got

22   out of the RHU unit in approximately April 1994?

23   A    April or May.

24   Q    And your assignment when you got out

25   initially was still with Ms. Lazenby?                A 215

16

1    A    No.  They told me Superintendent Wolfe -- I was

2    released from the RHU on a Monday.  He came and told

3    me the Friday before that he would release me on

4    Monday before five o'clock, that he was taking my

5    property job away from me, and that he was putting me

6    back on cleaning detail.

7        Q    And when you were back on cleaning

8    detail, what were your responsibilities?

9    A    At that point it was to clean Louter Two.  That

10   was where my room was.  I had to clean all the

11   bathrooms, the hallways, the bathrooms.  Basically, I

12   was responsible for the upkeep of the entire unit

13   where the women lived.

14       And then also when I had extra time, when I had

15   my major responsibility done, I was sent upstairs to

16   do things like wash screens on the windows, sweep, try

17   to get a lot of the debris off the floor.

18       Q    And who determined when you had your

19   Louter Two responsibility completed and then sent you

20   to Louter Three?

21   A    It depended on the officer.  If they felt

22   that -- if it was a nice officer and they felt that I

23   had worked enough, they would just let me go for the

24   day, but some officers would say, well, go upstairs

25   and work for a couple hours.                A 216

1          Q      What officers assigned you to go upstairs

2      and work on Louter Three?

3      A      Oh, my gosh.  I don't remember.  It was just

4      the unit -- whoever was working in the unit.  It was

5      just like an offhand thing.  They would just tell me

6      go up and work for a couple hours.

7          Q      And did you ever go up to Louter Three

8      without being directed to do so or without that being

9      part of your job responsibility?

10     A      Sometimes I would go up there to get a broom

11     and a dustpan if I couldn't find one.  There were a

12     lot of times people would take things up there.  There

13     would be things that were left up there.  Sometimes we

14     couldn't find the mop buckets and things, and it

15     turned out maintenance supervisors would have taken

16     them upstairs and I would have to go upstairs and get

17     them.

18         Q      And did that happen from the first time

19     you began to work on Louter Three or did that happen

20     after you got out of the RHU and were working on

21     Louter Two?

22     A      That happened all the time.  That was a

23     constant thing.  I couldn't find the proper equipment

24     to clean the unit, and I had to go upstairs and get

25     it.                                            **A 217**

1          Q     Now, you make a number of allegations

2    against Officer Raun, beginning, as you indicate, in

3    May of 1993, and continuing till October 1994.  That

4    was the last incident you're making an allegation

5    about, is October of 1994?

6    A     Yes.

7          Q     Could you tell me when was the first

8    incident that you recall with Officer Raun?

9    A     The first time that he became angry with me was

10   right after I had gone to Deputy Utz.

11         Q     I understand that's the first time he

12   became angry with you.  What's the first time that you

13   and Officer Raun had sexual contact or inappropriate

14   touching contact?

15   A     It was that day.

16         Q     In May of 1993?

17   A     Well, actually, I consider what he did, putting

18   his thumb across my lip and cornering me and hugging

19   me, I consider that inappropriate.

20         Q     When did that happen?

21   A     That was happening before.  That's why I went

22   to Deputy Utz.

23         Q     When you reported that to Deputy Utz, did

24   you report anything else to him in that period of

25   time?                                        A 218

1    A    I just told him about him cornering me and

2    hugging me and touching my lip with his thumb.

3         Q    Was that the extent of the inappropriate

4    touching that you were complaining about with regard

5    to Officer Raun up until May of '93?

6    A    Yes.

7         Q    So when you went to Deputy Utz, it was

8    sometime after May of 1993, and that's when you

9    complained about his brushing against you and touching

10   your lips with his thumb?

11   A    That was in May, and I went to Deputy Utz, and

12   then --

13        Q    Go ahead.

14   A    -- the next day Captain Lazenby called me into

15   his office and asked me about it, and I told him

16   again, and he basically intimidated me and told me

17   that I'd better not get Raun in trouble.

18        Q    And who was present at that meeting with

19   Captain Lazenby?

20   A    That was -- that time it was by himself.  He

21   called me into his office, and I only told him what

22   happened with Raun because I believed he was asking

23   out of concern for my welfare.  I didn't realize he

24   was a friend of Raun's and that he was asking because

25   he wanted to know how much I would say to somebody

A 219

1      Q      Okay.  And then as it relates to Officer

2  Raun, what were the next events that occurred with

3  him?

4      A      He basically started getting very -- I don't

5  know what you would call it.  He started staring at

6  me.  He became very menacing after that time.

7      Q      Now, the menacing that you're describing,

8  that was based upon him staring at you?

9      A      Staring at me, following me around.  He kept

10  grabbing me by my hair.  He kept pushing himself into

11  me.

12      Q      This is after you have complained to

13  Deputy Utz?

14      A      Yes.

15      Q      And when he was doing this, over what

16  period of time are we talking about?  I know we're

17  into May 1993.  Was it a month?  two months?

18      A      No.  It was constant.  It went on and on and on

19  and on every time he was there.

20      Q      At some point I think you allege that he

21  sadistically beat you several times.  When was the

22  first time that you allege he sadistically beat you?

23      A      After I went to Martha Miller and I told her I

24  thought Raun was going to try and rape me.  He dragged

25  me up the stairs, basically by my hair.  I was

1   walking, but he had me by my hair, and I kept tripping

2   on the stairs.  He pulled me up there and he had me by

3   my hair, and he flung me really hard into the wall,

4   and he hurt my mouth really bad.  He bruised me and he

5   kept ramming himself into me and smashing me into the

6   wall.

7        Q    Now, when you say "stairs," which stairs

8   are we talking about?

9   A        He dragged me upstairs to Louter Four.

10        Q    This is from Louter Three to Louter Four?

11   A        No.  I was in the stairway.  I don't know what

12   landing I was on.  The landings aren't marked.

13   They're just landings and stairs and stairs and

14   stairs.

15        Q    And did you, when you met with Martha

16   Miller, did you report to her Raun's actions toward

17   you?

18   A        I told her everything that had happened up to

19   that point.

20        Q    And that included him rubbing his thumb

21   on your lips?  Was he pulling your hair at that point?

22   A        By the time I had gone to Martha Miller, he

23   pulled my hair.  He also had been grinding himself

24   against me.  He bruised my mouth really bad.  I had --

25   he had left marks on me that was teeth, and he had

1    smashed me, like rammed me into the wall.

2         Q    So you told Ms. Miller all that?

3    A    Yes.

4         Q    And then after he grabbed you on the

5    stairwell, did you then go back to any staff member?

6    A    No, not after what happened with Martha Miller.

7    I was petrified.  I eventually went to Sandra

8    Wolfgang, but after that -- I had already gone to

9    Deputy Utz.  Raun had reacted very badly to that.

10   Then I had gone to Martha Miller.  He flipped out and

11   went into a rage over that, and I was terrified to try

12   and go to anybody else.

13        Q    Do you understand it was a violation of

14   the rules to pass notes to officers and receive notes

15   from officers?

16   A    No, not at Cambridge Springs.  I saw people get

17   handed notes all the time.

18        Q    Do you recall that you were called in for

19   possible discipline regarding a note you attempted to

20   pass to Officer Raun?

21   A    They -- I think Captain Lazenby called me in

22   and asked me about a note, because I gave a note to a

23   girl to give to a girl that worked in dietary, and

24   somehow Raun confiscated it or got hold of it somehow,

25   and Captain Lazenby asked me who the note was for, and

1      I told him a girl in dietary, and he told me I

2      shouldn't be passing notes to other inmates, and that

3      was pretty much the end of it.

4              Q      Was that the same meeting that you

5      referred to before with Captain Lazenby?

6      A       No.

7              Q      This is a different meeting?

8      A       Yes.

9              Q      And did Captain Lazenby tell you it was

10     inappropriate for you to be passing notes to other

11     inmates or staff members?

12     A       He said I shouldn't pass notes to other

13     inmates.  He said it wasn't specifically against the

14     rules, but he told me it wasn't a good idea, and he

15     said that he just wanted to clarify who the note was

16     to.

17             Q      And was anyone else present at that

18     meeting with Captain Lazenby?

19     A       No.

20             Q      When were you called in by Captain

21     Lazenby regarding that note?

22     A       Maybe April or May or June of '93.  I don't

23     remember.  It was sometime in the summer.

24             Q      Okay.  Was it before or after the time

25     that you allege that Raun first grabbed you by the

1   hair and dragged you upstairs to Louter Hall?

2   A      I don't remember.

3          Q      Now, you were in the RHU for some period

4   of time in '94?

5   A      Yes.  Two different times.

6          Q      Okay.  Do you recall the times you were

7   in the RHU?

8   A      The first time was, I think, March of '94, till

9   April or May or June of '94.  There was a two- or

10  three-month period the first time.

11         And then the second time, I believe, was from

12  October 10th or sometime around there until -- that

13  was in '94 -- until June 27th of '95.

14         Q      Okay.  Are you making any allegations

15  against Officer Raun or Officer Eicher for that period

16  of time that you were in RHU?

17  A      They both at different times came back and they

18  said ignorant things to me, but nothing.  They were

19  not able to physically have access to me because there

20  was a steel door there.

21         Q      And do you recall whether those events

22  happened during the first time you were in the RHU or

23  the second time you were in the RHU?

24  A      The first time I was in the RHU, Raun would

25  come in there and he would just look at me through the

1          door, or he would just say something to me like you'd

2          better keep your mouth shut, or just something

3          offhanded and he would keep on walking.

4                    And then the second time I was in the RHU, I

5          don't remember him coming in the second time, but

6          Eicher came in.

7               Q     And Eicher didn't come in the first time?

8          A     No.   He didn't work there then, Eicher didn't.

9          I didn't know him then.

10              Q     Okay.   And when you got out of the RHU

11         the first time, what allegations are you making with

12         regard to Officer Raun?   That would be, I guess, in

13         June of '94.

14         A     When I got out, he -- basically, things just

15         started up as usual.   He started staring at me again.

16         He started grabbing me by my hair.   He just started

17         being typically nasty to me again, following me

18         around, yelling at me.

19                   One time when I was in the cafeteria with a

20         table full of people, he was staring at us and then he

21         just screamed at us to get out.   He just basically did

22         things that were menacing and threatening and

23         intimidating in nature.

24              Q     Did he ever have any inappropriate sexual

25         activities with you from January of '94 to October of

A 225

'94?

A    Yes.  He periodically, repeatedly, would grab me whenever he found me in deserted areas of Louter.

Q    Let's go back.  Did these incidents occur anywhere other than Louter Hall?

A    I don't remember.  I believe that they all pretty much happened in Louter because that's always where I was.

Q    And you made some allegations regarding the stairwell at Louter Hall.  Is that where most of these incidents were occurring?

A    Yes.  Usually there's only one stairway.  At that time only part of Louter One was used, and there is one stairway that inmates and staff have access to.  There are four other stairways.  There is one stairway to the left part of the building that's totally deserted, and the main stairway is the second one.  The third and fourth stairways at the other parts of the building are totally deserted and nobody uses them.  Inmates and officers are not supposed to have access to them.

Q    Are they kept locked?

A    Sometimes they are; sometimes they're not.

Q    All right.  Now, you recall the first event after you were released from the RHU as being a

A 226

1    time when he pulled your hair in Louter Hall.  Was

2    that in the stairway?

3    A    I'm not sure right when I got out of RHU.  I'm

4    not -- it's hard to remember.  It was five years ago.

5    I just know that things started right back up.

6         Q    Okay.  And when you got out and things

7    started back up again, did you then make a complaint

8    to anyone in the administration?

9    A    I started going to Ms. Wolfgang, to Sandra

10   Wolfgang.

11        Q    Do you recall the first time you went to

12   Ms. Wolfgang?

13   A    I believe in July or August of '94.

14        Q    And when you first went to Ms. Wolfgang,

15   did you report conduct involving Officer Raun?

16   A    Yes.  Officer Raun and Officer Eicher.

17        Q    In the complaint you indicate, I believe,

18   that the time period before the events with Officer

19   Eicher were between August of '94 and October of '94.

20   Does that mean when you first went to Ms. Wolfgang it

21   was after you were having trouble with Officer Eicher

22   also?

23   A    Yes.  I began having trouble with him

24   because -- well, actually, October of '93 things

25   really started to get bad.  Christmas Eve, that was

1      the first time he told me -- he said I haven't hurt

2      you yet, but I could, and that was when things started

3      to get out of line with him.

4           Q      That was before you were put in the RHU?

5      A      Yes.

6           Q      All right.  At some point after you got

7      out of the RHU, you went to Ms. Wolfgang and you

8      reported an incident involving Officer Raun and

9      Officer Eicher; is that correct?

10     A      Yes.

11          Q      And you don't recall exactly when that

12     was, but it was sometime after you got out of the RHU?

13     A      Right.

14          Q      And then you were telling me that you

15     were placed in the RHU a second time?

16     A      Yes.

17          Q      And that was approximately when?

18     A      October of '94.

19          Q      Okay.  And that from October of '94 you

20     didn't have any problems with either -- well, you had

21     no problems at all with Officer Raun, and the only

22     problem you had with Officer Eicher, he would

23     occasionally walk by in the RHU?

24     A      Yes.  And he would come outside my window on

25     third shift, I guess to do building checks, and he

A 228

1    grab me, I think just to let me know that he could do

2    it.

3          But the next time that was really bad was in

4    October when he rammed his knee into me in the

5    stairway.  That was the time that he really, really

6    hurt me.  I had big marks on me and my leg hurt really

7    bad.

8          Q     That was one time in October of 1994?

9    A     Yes.

10         Q     And were there any times prior to that

11   where he beat you to the point where you felt the same

12   kind of pain you say you did in October of '94?

13   A     Yes.  When he would ram me into the wall and he

14   would grind himself into me, he would leave bruises on

15   me, on my legs and down across my pubic bone and on my

16   lower stomach, and he would like squeeze me really

17   hard here and pull my hair, and like I had bruises on

18   my mouth from his teeth.

19         Q     How many times did that conduct occur

20   between June of '94 and October of '94?

21   A     I don't know.  Every chance he got, every

22   chance where he found me alone or where he ran into me

23   at work.

24         Q     Was it once a month?

25   A     No.  It was far more than that.  It was several

A 229

1    times a week.

2        Q    Now, you're saying on many of those

3    occasions he grabbed your arms?

4    A    That's how he would hold me.  Sometimes he

5    would grab me here.  When he had me against the wall,

6    he would put his hands and push my shoulder back.

7        Q    And did that conduct cause bruising on

8    your body?

9    A    Yes.

10       Q    And that happened, would you say, at

11   least once a week?

12   A    More than once a week.

13       Q    More than once a week?

14   A    Yes.  It was bad enough to the point that I

15   basically had to schedule my visits around when I

16   didn't have marks on me.  I would call my parents and

17   say you can come tomorrow, because I knew if the

18   officer saw it, that they would call the

19   administration, and Raun would get in trouble and it

20   would be a lot worse.

21       Q    How many times, from June through October

22   1994, did you seek medical attention for those

23   bruises?

24   A    None.  The doctor saw me one time, and that was

25   in October when Ms. Wolfgang saw the bruises and she

1    went and told Deputy Utz and Superintendent Wolfe.

2         Q    Did you ever receive any notes from

3    Officer Raun?

4    A    Yes.

5         Q    Did you keep those notes?

6    A    No.  I tore them up and flushed them down the

7    toilet.

8         Q    And did you ever send any notes to

9    Officer Raun?

10   A    No.

11        Q    The times that you indicated that Officer

12   Raun assaulted you in the stairwell or in areas in

13   Louter Hall, did you ever obtain any articles of his

14   clothing or parts of his uniform?

15   A    Did I ever what?

16        Q    Did you ever get possession of any

17   articles of his clothing or his uniform?

18   A    No.

19        Q    Did you ever have in your possession his

20   name tag or any parts of his name tag?

21   A    Did he ever give me his name tag?

22        Q    Did he ever give it to you or did you

23   ever take it or did you ever have it in your

24   possession, his name tag, or any parts of his name

25   tag?                                              **A 231**

1   A      Absolutely not.

2         Q      Did you ever have sexual intercourse with

3   Officer Raun?

4         I'm sorry.  I didn't hear you.  You have to

5   give a verbal response.

6   A      No.

7         Q      Did you ever report that you had sexual

8   intercourse with Officer Raun to anyone?

9   A      I said that -- I think I said "sexual contact."

10  That's -- I'm pretty sure that's the wording I used.

11  I consider that sexual conduct -- I don't know if

12  other people do, but I consider a man rubbing himself,

13  even with clothes on, I consider that sexual contact.

14        Q      And did you ever have any type of oral

15  sexual relationship with Officer Raun?

16  A      Absolutely not.

17        Q      All right.  You indicated that, with

18  regard to Officer Eicher, that in December of '93, I

19  believe, he was bringing you gifts or offering you

20  gifts, and then you were in the RHU for a period of

21  time?

22  A      Yes.

23        Q      And after you came out of the RHU, when

24  was the first incident you recall with Officer Eicher?

25  A      He started pretty much when I got right out.  I

1        remember he grabbed me and kissed me in front of my

2        friend Leanne.

3            Q     What was Leanne's last name?

4        A     Giaffco.  He basically just started fondling

5        me, grabbing me, kissing me.

6            Q     Was that in front of Leanne Giaffco, what

7        you just described, or just a kiss?

8        A     He grabbed me, he grabbed me, like he put his

9        hand, he grabbed me by the butt and like pulled me

10       against him and kicked me in front of Leanne, and I

11       think that happened two or three times.

12            It was when we would go to "creams and things,"

13       because I had an operation on my feet because I ran a

14       26-mile marathon at the prison, and when I was done

15       running the marathon, my toenails had turned black and

16       blue because the nurses sprayed us with water, and the

17       water was in my shoes, and my toenails peeled back

18       when I was running.

19            And when my toenails came in, they came in

20       under my skin, and I had to go to the doctor.  And he

21       had to go -- he had to cut into my toes, and he had to

22       burn the roots with acid to make the toenails come

23       back in properly.

24            And my feet were bandaged, and I think they

25       were stitched too, and we had to go to "creams and

A 233

LAMBERT

1   things" every night because I had to get Epsom salts

2   to clean my feet and ointment and all kinds of things,

3   and this would happen when we went to "creams and

4   things."

5        Q    And Leanne Giaffco would go with you?

6   A    Yes.

7        Q    Was anyone else present?

8   A    There might have been, but nobody I

9   specifically recall.  That's a big hall.  It has

10  basically I guess what you would consider cathedral

11  ceilings, and it's very huge and open.  It's just very

12  big.  There's a lot of space in there.

13       Q    Okay.  You allege in your complaint you

14  had sexual intercourse with Officer Eicher on three

15  occasions?

16  A    No.  That he made me have sexual intercourse.

17       Q    What you allege in your complaint --

18  A    Excuse me?

19       Q    Never mind.

20       Is that accurate, that there were three

21  occasions you had sexual intercourse with Officer

22  Eicher?

23  A    Far more than three occasions.

24       Q    Far more than three occasions?

25  A    Yes.

**A 234**

1    Q    What was the first occasion?

2    A    It was March 19th of 1994.

3    Q    Didn't you indicate that you were in the

4    RHU in March of '94?

5    A    It must have been later than that.  It must

6    have been later than March.

7    Q    And the first time this happened, where

8    was it?

9    A    It was in the music room.

10    Q    And was anyone else involved other than

11    Officer Eicher?

12    A    Yes.  Sergeant Merry, Jim Merry.

13    Q    Anyone besides the two of them?

14    A    No.

15    Q    And after this happened, you're alleging,

16    I assume, that Officer Eicher forcibly raped you on

17    March 19, 1994?

18    A    Yes.

19    Q    And that he --

20    MR. LOVE:  Excuse me.  I think she

21    said it might have been later.  You said

22    March, and you said she was in RHU, and

23    she said it might have been later.

24    THE WITNESS:  No.  The RHU.

25    MR. HALLORAN:  The RHU might have

A 235

1          been later.

2                    THE WITNESS:  I think I went to

3               the RHU in April.  I know it was warm

4               out, and I get confused about the months

5               when it's warm out.

6

7     BY MR. HALLORAN:

8

9          Q     Okay.  Did you report that particular

10    event to anyone at SCI Cambridge Springs?

11    A     No.

12         Q     And sexual intercourse occurred on some

13    other times also?

14    A     Yes.

15         Q     When was the first time that you reported

16    those events?

17    A     I believe to Ms. Wolfgang.

18         Q     Did you report to her that Officer Eicher

19    was raping you in these events?

20    A     I told her that he was making me do things, and

21    then I told her what the things were.

22         Q     What did you tell her he was making you

23    do?

24    A     I told her that he was making me have sex with

25    him, that he was taking my clothes off.  And she said

**A 236**

1    wait a minute, how can he make you do something.  And

2    I said you don't understand, Sergeant Merry was in on

3    it, Sergeant Merry made me go in there, there's

4    nothing I can do about it.

5        And she was really shocked.  She didn't

6    understand how he could find the time, I guess, when

7    she was in there.  She didn't understand how something

8    like that could happen.

9        And then I told her that Sergeant Merry had

10   taken me in there and put me in there and locked the

11   door, and then he made me go in there.

12       Q    Was Sergeant Merry involved in any of

13   these events other than the first one?

14   A      I think that he stood watch.  That's what

15   Eicher told me.  He would say that Merry was outside

16   the door.  But I don't know if that was true or not.

17   I remember sometimes I would see him like in the

18   vicinity of the area before or after something

19   happened, but I never knew.  That was the only time

20   that he physically grabbed me, took me down the

21   hallway, shoved me in a room and locked the door.

22   That was the only time he was there when I came out.

23       Q    That was the first time?

24   A      Yes.

25       Q    And how long after the first event was it

1      before you told Ms. Wolfgang?

2      A      That happened in March.  I'm sure that's when

3      it happened, because it was my daughter's birthday.  I

4      had a visit that day, and I remember that very

5      clearly.

6          I believe I went to RHU April 7th, now that I

7      think about it.  I reported it to her in July or

8      August.

9          Q      And were you eventually interviewed by a

10     representative of the Department of Corrections

11     Internal Affairs Section, Michael Wolanin?

12     A      Michael Wolanin, yes.

13         Q      And following those interviews, were

14     criminal charges filed against Officer Eicher?

15     A      I saw Michael Wolanin several times.  We did

16     not have a good rapport at first at all.  It took him

17     several times of coming to see me and then my taking

18     or passing a polygraph test for him to actually begin

19     to lend credibility to what I was telling him.

20         And then after I gave him the letters that

21     Officer Eicher had written to me and he had a

22     handwriting analysis done and it proved to be Officer

23     Eicher's handwriting, that's when he believed me, and

24     that's when he started doing things to get me

25     transferred, and that's when he had Officer Eicher

**A 238**

1          THE WITNESS:  Yes, but even when

2     it was typed up, it was larger.  This  is

3     condensed.

4          Okay.

5

6     BY MR. HALLORAN:

7

8          Q     That is the affidavit?

9     A     Yes.

10         Q     Having had a chance to review it again,

11    is it your testimony today that these allegations --

12    these statements by you are true and accurate?

13    A     Yes.

14         Q     In your affidavit, in Paragraph 8 you

15    talk about a meeting with Martha Miller?

16    A     Yes.

17         Q     And it's your recollection that this

18    meeting occurred on the second floor of an abandoned

19    building?

20    A     Yes.  It was wherever.  I can't remember.  I

21    think it's -- I think it's called Curry.  Where

22    medical is, it's over top of medical.  The whole

23    second floor of the medical building was abandoned,

24    and it was up there.

25         Q     Okay.  And your recollection was the

```
 1        meeting lasted four hours?

 2        A     Yes.

 3              Q     And that you indicated to Ms. Miller that

 4        you felt that Officer Raun was going to rape you?

 5        A     Yes.

 6              Q     And in the course of that meeting, did

 7        any discussion occur about the note that you had been

 8        accused of sending to Officer Raun?

 9        A     I don't remember.  She might have asked me

10        something.  I don't remember.  It was a long time ago.

11              Q     And Paragraph 13, you refer to written

12        request to Debbie Sauers?

13        A     Yes.

14              Q     And you indicated that she said to you

15        that "none of the supervisors or the girls wanted to

16        work with a killer"?

17        A     Yes.

18              Q     That's what she said to you?

19        A     Yes.

20              Q     When was the meeting with Debbie Sauers?

21        A     I don't remember exactly when it was.  I just

22        know that as soon as I thought of it, I started

23        thinking of --

24                         MR. LOVE:  Can we wait until they

25                         go through?  I can't hear.
```

A 240

1        Paragraph 13 where you say she made the comment about

2        working with a killer, and there's another meeting,

3        apparently in October, where you indicate that you

4        were very upset and you wanted to go to her office,

5        and that's when she told you she was going to put you

6        in the laundry?

7        A      That was -- one of the officers called her

8        because I basically was flipping out, and they had

9        never seen me act like that, and I was very

10       hysterical.  And Debbie Sauers was marked down as my

11       counselor at that time, and when an inmate has a

12       hysterical problem, the officers are supposed to call

13       a counselor, so that's who they called.

14             Q      And in Paragraph 20 you were talking

15       again about when Officer Eicher first approached you,

16       and I just want to be sure I touched this base.  When

17       was the first time that you complained about Officer

18       Eicher?

19       A      To Ms. Wolfgang.

20             Q      And I gather that would have been August

21       of 1994?

22       A      Yes.

23             Q      And when you complained to Ms. Wolfgang,

24       as it relates to at least Eicher and Raun, you had

25       complained in the same manner that you set forth in

1    this affidavit; were these basically the complaints

2    you were making about Eicher and Raun?

3    A    Yes.  I would tell her.  It was in a

4    conversation.  I didn't write anything down.

5         I think I should also clarify that I didn't

6    give her this much detail.  I didn't go into -- I just

7    would tell her what was happening.  I didn't give her

8    all the details.

9         Q    You mean about the locations and things

10   like that?

11   A    No.  I would tell her where something happened,

12   and I would say that he pulled my clothes off and he

13   made me do this and things like that, but I didn't go

14   into all the detail about how I felt and exactly what,

15   all of that.

16        Q    Was Ms. Wolfgang upset when you told her

17   your story?

18   A    Yes.

19        Q    Was she crying, too?

20   A    She was -- she started -- she was very upset,

21   but she got really upset and her eyes got really wet

22   when I pulled my clothes down and showed her the

23   bruises.

24        Q    So that was in October of 1994?

25   A    Yes.                                    **A 242**

JOHN F. TRAINOR, INC., TRENTON, NEW JERSEY
1-609-890-7033

LAMBERT

1     Q    Ms. Lambert, you were in the RHU in April

2     of '94.  Regarding your being found in an unauthorized

3     area, the fourth floor of Louter Hall, do you recall

4     that?

5     A    Yes.

6          Q    And at that time do you recall what you

7     told the staff people about why you were there or how

8     you were there?

9     A    Yes.

10         Q    What did you tell them?

11    A    I told them that I was dizzy and that I got

12    confused and went up there.

13         Q    Did you indicate you blacked out?

14    A    Yes.

15         Q    And around that time do you recall being

16    interviewed by Captain Bartlett regarding your

17    presence in that area?

18    A    Yes.

19         Q    And did he ask you questions about

20    whether or not your presence there had to do with some

21    meeting with Officer Eicher?

22    A    He didn't ask me.  He screamed at me and

23    slammed his fist down on the table.  I was scared to

24    death of him -- he was five times the size of me --

25    and I wouldn't tell him anything.                A 243

1      Q      He was asking you whether or not you were

2   there to have --

3   A      He was screaming at me.

4      Q      And what he screamed was were you there

5   to have a liaison with Corrections Officer Eicher?

6   A      He said are you F'ing Officer Eicher.  He said

7   I know you are, I know how you girls are, I know

8   you're F'ing Officer Eicher.

9      Q      What was your response?

10  A      I told him that I don't know what he was

11  talking about, I told him I had nothing to say to him,

12  and I told him I didn't want to talk to him.

13     Q      Now, the truth was that at that time you

14  and Officer Eicher were having sexual intercourse?

15  A      I didn't hear you.

16     Q      At or around that time you and Officer

17  Eicher were having sexual intercourse?

18  A      We were not having sexual intercourse.  He was

19  forcing me to do things.

20     Q      And among the things he was forcing you

21  to do was sexual intercourse?

22  A      Yes.

23     Q      And when Officer Eicher was asking you

24  about that, you denied --

25  A      I can't hear you.                    **A 244**

```
1          Q     When Officer Eicher asked you about your

2     relationship -- I'm sorry.  Strike that.

3          When Captain Bartlett asked you about what was

4     going on between you and Officer Eicher, you denied

5     any such conduct?

6     A     I told him that I didn't want to talk to him,

7     number one, because I was afraid of him, and, number

8     two, when Officer Eicher pulled me down the back

9     stairway and put me into my room that night, he told

10    me I'd better keep my mouth shut or he was going to

11    get me.

12         Q     And, therefore, you denied --

13    A     Right.

14         Q     -- that anything happened?

15    A     Right.

16         Q     When you went to Ms. Wolfgang in August

17    of 1994, did you disclose to her the identities of any

18    of the officers that you were complaining about?

19    A     I can't hear you.

20         Q     When you went to Ms. Wolfgang in August

21    of '94, did you disclose the identities of any

22    officers that you were complaining about?

23    A     The first two weeks I talked to her, she had me

24    call them Officer One, Officer Two, Officer Three, in

25    regards to Sergeant Merry, Eicher or Raun.  She
```

A 245