## PART I
## INVESTIGATION

REASON FOR INVESTIGATION: _MARTY MILLER_

_Conduct and behavior towards Females_

Inmate(s) involved: _Diane Clinton    007028_

_Mary Ann McElroy  OB 7972_
_Robin Owens  OC1447_

Staff involved: _M. Blood_

Date: _6-2-95_          TIME: _0900_

Investigating Staff: _Lt Beck_

Log Number: _06_

REMARKS:

file/Inv1

EXHIBIT
42
PENGAD-Bayonne,N.J.

354

Interview w/ inmate Diane Clinton                    6/6/95

Ref: marty miller                              @ 1405 hrs

Clinton works on millers' crew

Only stated she wants off his crew because there is never any work to do. She wants to keep busy. No problem with mr. miller - never any comment or contact made.

A 355

**2**

**STATEMENT**

| Location: OPERATIONS | Date: 6/8/95 | Time: 0900 | Case #: |
|---|---|---|---|
| Last Name, First Name, Middle Initial: OWENS, ROBIN A. | | Date of Birth: 9/8/63 | Social Security #: OC1447 |
| Address: SCI CBS | | | |

I, ROBIN A. OWENS , hereby state that Lt. R.C. Becker SR. , has identified himself/herself to me as a Correctional Officer IV for the Pennsylvania Department of Corrections. I do hereby voluntarily and of my own free will make the following statement, under penalty of perjury, 18 Pa. C.S. 4904. I have not been subjected to any coercion, unlawful influence or unlawful inducement. I have not been promised any favors or been given any compensation.

This is about an incident that happened fall of last year on forth floor of Later working with Marty Miller. He mus your feel go uncomfortable Marty Miller cant talk to you unless he is right in your face. On one occasion I was drilled into brick and Marty Miller reached behind me and grabbed on to the drill also. I felt very uncomftable with his arms around me. If he wanted to help he could ha drilled the hole himself. I told Mr McSpain the following day that I would no longer work around Marty Miller. Ive been told by Mary Ann McElroy that he make her feel uncomfortable also. Also I spoke with Ms Blood

I further state that I have read and understand this entire statement or it has been read and explained to me. I have initialed all pages, corrections and signed this statement. It is true and correct as written.

WITNESSES:

_Lt V. Scott_

_H. R.C. Beck_

_Robin Owens_
(Signature of person making statement)

A 356
8

CONFIDENTIAL

and she also feels uncomfortable around Marty Miller.
He may not mean anything by it, but someone should
tell him to keep his distance when he's talking to som
I personally felt very self conscience and uncomfortabl
working around Marty Miller

Lt. N.F.S

I further state that I have read and understand this entire statement or it has been read
and explained to me. I have initialed all pages, corrections and signed this statement.
It is true and correct as written.

WITNESSES:

Lt. N. Scott

H. R. Clefor.

Robin Owens

(Signature of person making st

A 357
9

Page 2 of 2

6/8/95

Interview w/ Robin Owens  OC 1447    @ 0900hrs.

Stated she is frightened by Mr. miller - Has put his name
Around her in Luter and always crowds her and calls
her "sweetie." Asked to be Removed from his crew or any
crew he was supervising - Requested outside work detail - was
granted. written statement obtained this date and time.

A 358

6

6/8/95

Interview with Pauline Blood @ 0755
REF: marty miller

ms Blood feels extremly uncomfortable when mr miller comes into her office. Several times puts his arm around her and pulled her close. Always gets very close to her when speaking - ms Blood stated this man scares her and she feels very intimidated. wants it stopped. Has Repeated this to mr. Allen. miller's practice continues as of this date. ms. Blood has been afraid to speak directly to miller. Blood says he's Like this with everyone. Will be willing to write a statement. Advised ms Blood to verbally advised and warn mr miller of any future incidents regarding inappropriate Behavior

A 359

lower

6/8/95

Interview w/ Mary Ann McElroy 087971 _____ @ 0700 hrs.
REF: Mary Miller

written statement ~~~~~~~: - will be willing to write one
personal observations, incident with Robin Owens in Luke,
and with Pauline Blood, Mr Allen's secretary.

A 360

4 360

Interview w/ E. Johnson    OC4895                                      6/18/95

6/16/95 @ 1300hrs.

Mr Logoway stated that E. Johnson requested a job w/ Miller.
Miller also stated he came into her office on at least 3 occasions
and asked that Johnson be put on his crew. Miller has been seen
by this writer & Mr Logoway several times, walking or talking
to Johnson, by themselves.

7

A 361

CONFIDENTIAL

## COMMONWEALTH EMPLOYE WITNESS STATEMENT

The following statement is being given by me freely and without coercion for official Commonwealth business and will be considered for all purposes, including actions under the Statutes of this Commonwealth, just as though it had been sworn or affirmed before a court of law or formal arbitration panel.

In June of 1995, I sat down with Lt. Beck and discussed the matter of Marty Miller. The following is a summary of what I told him. During the year I have been employed at SCI-Cambridge Springs, on numerous occasions, Marty had made me feel "uncomfortable" when he was around me. During conversations with him in my office area he always had to come close, " his face right in my face", just to say anything and he would always have to touch me, either by putting his hand on my shoulder or his arm around me as I sat in my chair. I started to resent his being around me "alone" in the office. I started to be what I considered "rude" by pretty much ignoring him anytime he started a conversation or came into the room, because I felt I shouldn't say anything much to him, so as not to encourage him to hang around in my office area. He just seemed to always have a way of invading " my personal space" so to speak. I never told him how he made me feel uneasy, and I realize now that I should have. When I heard Inmate Marianne McElroy telling Mr. Allen what had happened with Marty and an inmate, I was not surprised, and I felt I should tell someone of the way he often made me feel. I came forward only with the desire to have someone explain to Marty how he sometimes makes people feel uncomfortable by the way he approaches them. Strangely, since I talked with Lt. Beck in June, Marty seems to have backed off in that he keeps a comfortable distance  with me. I continue to keep my conversations with him very abrupt.

July 18, 1995
_____
Date

_Pauline Blood_
_____
Signature

_____
Date

_____
Typist's Signature

**NOTE:** This form is to be completed and signed by an employe who is a witness to an incident involving employes of the Commonwealth. If the text is typed by someone other than the employe giving the statement, it must be read and signed by the employe. In the event the statement is typed, the party typing the statement must sign and date the document.

A 362              10

# CONFIDENTIAL

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI-CAMBRIDGE SPRINGS**
**June 19, 1995**

SUBJECT:    INVESTIGATION OF:
               MARTY MILLER
               PLUMBING TRADES INSTRUCTOR

TO:    SUPERINTENDENT WOLFE

FROM:    R.C. BECK, SR.
        SECURITY LIEUTENANT

The following is an outlined report of findings in the Marty Miller investigation. The numerical sequence is interviews with inmates and staff. Recommendations and opinions will follow the interviews.

1.    Interview with inmate Diane Clinton - OO7028, 1404 hrs., June 6, 1995:

    Clinton requested from Ms. Lazenby and Lt. Beck that she be removed from Mr. Miller's crew. She stated that there was never any work to do, and she didn't want to get involved with any problems he may have.

    When asked about "what problems," inmate Clinton only expressed what the other inmates were talking about, and that was the fact that he was too friendly with his workers. Clinton further stated that she personally has had no problem with Mr. Miller, but wishes to avoid the possibility.

2.    Interview with inmate Mary Ann McElroy - OB7972, 0700 hrs., June 8, 1995:

    McElroy requested to see me regarding Mr. Miller's alleged conduct. Apparently, inmate Robin Owens, OC1447, had confided in McElroy about an incident in Luter when Mr. Miller had put his arms around her and pressed his body against her. Owens went on further to state that Mr. Miller is always "in your face," and that she feels very uncomfortable. A written statement was obtained from inmate Owens this date.

3.    Interview  with inmate Robin Owens - OC1447, 0900 hrs., June 8, 1995:

    Inmate Owens stated to me that she is very frightened by Mr. Miller's habits. Inmate Owens states that Mr. Miller always crowds her and calls her "sweetie."

    Inmate Owens requested removal from Mr. Miller's crew, or any crew he may be supervising. She related an incident happening in Luter when he put his arms around her and pressed his body close to hers. Inmate Owens stated that this was uncalled for. A written statement was obtained.

EXHIBIT
137

4.    Interview with Ms. Pauline Blood, Mr. Allen's secretary, 0755 hrs., June 8, 1995, revealed the following information:

Ms. Blood stated that she feels extremely uncomfortable when Mr. Miller enters her office. Several times Mr. Miller has put his arms around her and pulled her close to his face. Ms. Blood stated that he does this every time he speaks to her, and that this man scares her. Ms. Blood stated that she feels very intimidated and that her space has been violated. Inmate McElroy has witnessed some of these instances. Ms. Blood had told Mr. Allen of these events, and was very hesitant to do so, as she is afraid of Mr. Miller. Ms. Blood is willing to give a written statement if needed. Ms. Blood further stated that her personal observation is that Mr. Miller is like this with everyone. I advised Ms. Blood to verbally direct her objections to Mr. Miller and warn him of inappropriate behavior. Ms. Blood was afraid to do this.

5.    Ms. Lazenby has reported that Mr. Miller has come into her office on at least three (3) occasions to ask that inmate Erika Johnson - OC4895, be put on his crew. Mr. Miller and inmate Johnson have been seen several times walking and talking by themselves, by this writer and Ms. Lazenby. Mr. Miller appears to be very friendly with this inmate. Johnson works PM Dietary, but it is noted that she seems to "appear" wherever Mr. Miller happens to be.

6.    It is also documented by Officer Donahue and Officer Tinko that on at least three (3) occasions Mr. Miller has gone into Luter 3 to talk personally with inmate Johnson. This was reported on May 22, 1995, to me on a hand-written letter by the above officers.

SUMMARY:

After reviewing all the interviews, facts, and statements, it is the opinion of this investigator that there is substantial evidence and truth in the allegations. There is also the concern that Mr. Miller's conduct and behavior was addressed on December 30, 1994, involving this same type of situation. Captain Bartlett, Mr. Allen, and myself (Lt. Beck ), had a formal counseling session with Mr. Miller at which time a stern verbal warning was given and Mr. Miller stated that "this would never happen again."

This report is being respectfully submitted for your approval, further action or recommendation. If you have any further questions or concerns, please do not hesitate to contact me.

RCB/hs

CC:    Deputy Kormanic
       File: ...\619

A 364

2

DC-121A

DEPARTMENT OF CORRECTIONS EMPLOYEE
REPORT OF EXTRAORDINARY OCCURRENCE

To: _Deputy  Kormanic_          Institution: _SCI  CBS_
From: _Marty Miller_            Date: _9/13/95_
Title: _Plumbing Trades Inst._  Time: _1350 P_
Date: _Sept 13, 1995_           Area: _Luter 2_
Signature: _Martin L Miller_    Occurrence: _Confidential Information_

Inmates Involved:              Staff Involved:
Name & DC No.                  Name & Title              Witnesses:

_Ortiz   Marin CC6259_         _Marty Miller_            _Sanchez A. OC6?_
_____            _Plumbing Trades Inst._   _Clemente J OC98_
_____                                      _Vasquez S OC7?_
_____            _CO. Casto_
_____

Actions Taken:
_Reviewed: L. Manlo_

                              _Talked to Ortiz on 9/14/95 with_
                              _Mr Miller present - no validity in my_
_C.C: LT Fisch_               _opinion_

A 365

EXHIBIT
47
PENGAD-Bayonne N.J

Description of Incident, in detail:  (Use other side if necessary):

_On Tuesday Afternoon My Crew And my self were working_
_in the Shower on Luter 2 A North  I never work any place_
_without At least 2 inmates with me. Inmate Marin Ortiz_
_Apparently Came Into the restroom at some point (I did not_
_See her at all) She went to inmate  A Sanchez and told_
_her she saw me Kissing Inmate Sylvia Vasquez. Inmate_
_Sanchez told, Inmate Clemente and Vasquez what she had_
_said, they inturn Came and told me About it After lunch on_
_Wednesday Sept 13, 1995. I went to Luter 2 And Spoke to Off._

365

To Captain Lazenby
From Marty Miller

On Friday Sept. 29, 1995, my Crew and I were taking sinks off the wall in K-1, to install new faucets. Apparently one sink had something on it, and when I lifted it I had something red on the front of my pants. I went to Freddies to check to see if we had any wall hung toilets. When I exited Freddies someone on another crew made a comment that it looked like I had recieved a blow Job because I had lipstick on my pants, I went to the Restroom a what ever it was on my pants brushed off, lipstick wouldn't have As I proved to Captain Lazenby & LT. Beck.

I also advised Captain Lazenby & LT. Beck of a medical problem I have. I can bring medical proof if necessary.

Thank you
Marty Miller



EXHIBIT
52

A 366

PART I
INVESTIGATION

REASON FOR INVESTIGATION: Allegation of up state on

Marty Miller pants

Inmate(s) involved: _____

Carter DC 6903

Staff involved: Marty Miller

Date: 10-1-95        TIME: 1300

Investigating Staff: _____

Log Number: 95.24

REMARKS: No Evidence to Substain the Changes.

file/Inv1

EXHIBIT
48 367

A 367

DC-121A

DEPARTMENT OF CORRECTIONS EMPLOYEE
F   ORT OF EXTRAORDINARY OCC   RENCE

cupt *of Laylor*

To: _Dept Kumanic / Capt Taylor_  Institution: _SCICBI_
From: _C. Gross_  Date: _10-2-95_
Title: _Sgt (property)_  Time: _apx 830_
Date: _10-2-95_  Area: _property_
Signature: _Sgt C.J. Gross_  Occurrence: _Inmate rumors_

Inmates Involved:
Name & DC No.

_Sapling A OR1300_
_Carter, M OC6903_

Staff Involved:
Name & Title

Witnesses:

Actions Taken:

a.c. to Capt Taylor

_W Wagner_

A 368

EXHIBIT
50
368

PENGAD-Bayonne.N.J

Description of Incident, in detail: (Use other side if necessary):

On the above date & time inmate Sapling OA1300 told me
inmate Carter, A OC6903 wanted to speak with me. I called
my stores and he said she had a misconduct and was in
the unit. I called the unit (E-3) and the officer sent her
to property. She told me about Mr Marty Miller rumors.
She stated she passed notes to Inmate Johnson &
OC4895. She was given time off work for this. She was
payed for working. She stated Officer Vonaflue was
aware of how much time she had off. She said
Mr Miller told her Mr Allen was aware of her not work

and he would have to stop. Mr. Mills brings cigarettes in for Inmate Clements OC8828 and puts them in her work gloves. On Friday 9-29-95 he came out of Cozy with lip stick on his pants, the girls said something to him and washed it off. She said Inmate Ortez OC8873 could give more information on what happened on 9-29-95.

Inmate Ingling also stated that Mr. Mills and Inmate Johnson spent time in the bath room on more than one occasion.

She said she was angry because of the write up. Mr. Mills said Mrs. Stray told him to write her.

A 369

To: Capt Lizenby / Deputy Komanic      Institution: _SCI-CBS_

From: Jerome B Coffee            Date: _10-2-95_

Title: _Sgt._               Time: _0945_

Date: _10-2-95_              Area: _Property_

Signature: _____            Occurrence: _Inmate rumors_

**Inmates Involved:**      **Staff Involved:**
**Name & DC No.**        **Name & Title**       **Witnesses:**

                Sgt Gross

**Actions Taken:**

_REVIEWED - LT. Colvin_

                REC

**Description of Incident, in detail:** (Use other side if necessary):

at approximately 0945 Sgt Gross informed me of these same
rumors. Marty Miller was bringing Cigarette to an inmate Sylvia Vasques
- Had inmate Mica Carter taking messages to an inmate
alicia Johnson.
- Some inmates on work crews were given days off yet
received full pay.
and there was something about Marty Miller having lipstick on
his pants (location not mentioned). LT Baun & Bob allen
notified of rumors.

                (3) 370

A 370

DC-121A                    DEPARTMENT OF CORRECTIONS EMPLOYEE
                              REPORT OF EXTRAORDINARY OCCURRENCE

To: _Capt Lizenby / Deauty Kormanic_          Institution: _SCI-CBS_
From: _Jerome B Ciffie_                        Date: _10-2-95_
Title: _Sgt._                                  Time: _0945_
Date: _10-2-95_                                Area: _Property_
Signature: _J B Cif_                           Occurrence: _Inmate rumors_

Inmates Involved:              Staff Involved:
Name & DC No.                  Name & Title              Witnesses:
                               _Sgt Gross_

_____            _____          _____
_____            _____          _____
_____            _____          _____
_____            _____          _____
_____            _____          _____

Actions Taken:
_____ E O'' _submitted to Capt Lizenby also_ _____
_____ _Reviewed By Lt Baun_ _____
_____
_____
_____
_____
_____
_____

EXHIBIT
51

Description of Incident, in detail:  (Use other side if necessary):

_at approximately 0945 Sgt Gross informed me of these rumors_
_Marty Miller was bringing Cigarettes to an inmate Sylvia Vasquez_
_- Had inmate Mica Carter taking messages to an inmate_
_Alicia Johnson._
_- Some inmates on work crews were given days off yet_
_received full pay._
_and there was something about Marty Miller having lipstick on_
_his pants (location not mentioned). Lt Baun + Bob Allen 371_
_notified of rumors._

10-2-95

TO: Capt Lazenby
FROM: Co Mitchell

ON 9-28-95 Meka Carter ~~CC6903~~ received A
miscon DUCT FROM Marty Miller While
she was venting to this ofc she informed
me she planned on telling every thing
Miller had been doing with Johnson OC4595
I believe she has in mind to cause
some grief. I ADVISED HER NOT TO
TAKE THESE ACTIONS AND IF THIS IS
TRUE She should have contacted
You. She could wind up paying consequence

Co Mitchell

EXHIBIT
49

372

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
October 4, 1995

SUBJECT:   RUMORS CONCERNING MARTY MILLER

TO:        WILLIAM J. WOLFE
           SUPERINTENDENT

FROM:      RONALD R. LAZENBY
           INTELLIGENCE CAPTAIN

I had already been approached on October 3, 1995 by Mr. Marty Miller concerning this allegation.

He explained yes, he had been removing a urinal and in doing so, somehow got a red powder substance on the front of his pants. He was alone with an inmate when he removed the urinal. There was nothing more to it. When he came back the other inmates saw this and made remarks. This is probably how the rumors got started.

As I took a closer look, number one, the inmate starting some of the rumors received a misconduct, secondly as for the lipstick, you cannot just wipe it off. You must pre-wash the area stained and then wash the pants, you will be lucky if it washes out at all. I talked to his co-workers and <u>no</u> one noticed lipstick on his pants that day.

I strongly feel that this rumor was started by an inmate with "an ax to grind" because of the misconduct. It is also very hard to explain how no other staff member noticed the lipstick in his crotch area. I am sure if it was really there, someone would have noticed and made a remark.

This is just another inmate rumor with no evidence to substantiate the claims.

I request we close this investigation.

I await your reply.

RRL/sy

CC:    Deputy Kormanic
       File



EXHIBIT
53
PENGAD-Bayonne,N.J.

393

A 373

TAPE #1

LT. SCOTT                    STARt  367
                                    SIDE II
ORT. ORTIZ  OC 8873    END  533

OCT 6 1992 I SAW MR. MILLER
COMING OUT FREDDIES HOUSE AND
NOTICED SOMETHING ON THIS PANTS RED
AND LOOKED LIKE LIP STICK. HE TOLD
TOOXIES WORKERS IT WAS PAINT. WENT
UPSTAIRS CURIE HALL AND WHEN
HE CAME DOWN THE RED WAS GONE.
SHE TOLD HIM, HE HAD WIFE, KID
NOT MESS THAT UP. HE WAS WRONG.
SAW HIM DOING IN CIGARETTES
NEW PORT. (7) IN GLOVES (APRIL)(AUG)
TOLD VASQUEZ  OC 7419  ABOUT IT. SCARED
ALL THE TIME BECAUSE OF WHAT SHE
SAW MR. MILLER DOING. HE WANTED
TO CHANGE JOB. BUT NEVER DID. DIDN'T
KNOW HOW TO IT. FEELS HE DOESN'T
LIKE HER AND WANTS OUT OF THE
JOB. TOLD SGT. MONETTO ABOUT THE
PROBLEMS. ALOT PEOPLE SAW HIM FUNDING
INMATES BUT DOESN'T KNOW THEIR NAMES.
AFRAIDS AND JUST WANTS TO GO HOME.
NEVER HAS DONE NOTHING TO HER. UPSET
OVER PAY. FEELS DIFFERENCE RACES
ALL TREATED NOT THE SAME. MR. MILLER
DOESN'T TREAT THEM FAIR WHICH MAKES
HER UPSET. HE IS NOT TRUEFUL WITH
THEM. CLAIMS THE WOMENS SUB DUOS
THE MEN (MR. MILLER) HE 4 AND 6
INMATES. THEN THEY MAKE FUN OF
HER WHEN THEY SHOULD ALL BE
TOGETHER (INMATES) SISTER HOOD.

G.P. EXHIBIT
60
PENGAD-Bayonne.NJ

374

A 374

Capt. Lizenby,

      C. Johnson 000757 came to me with concerns about her boss, Marty Miller, concerning sexual activity between him and inmates on his crew. Johnson, C gave me Details on several Different occasion which these sexual activities were to have happened. J. White 003674 who is G/50 on Marty Millers crew came to me worried about getting a misconduct because she Talked. White 003674 was more concerned with inmates being written up because they won't do what Miller asks. Also other inmates getting raises and Benefits For doing what Miller asks.

                              Auxier



EXHIBIT
56

375

DC-121A

DEPARTMENT OF CORRECTIONS EMPLOYEE
REPORT OF EXTRAORDINARY OCCURRENCE

To: _Deputy V. Kormanic_    Institution: _S.C.I.C. Lodge Springs_
From: _Michael M. Miev_    Date: _10-11-95_
Title: _CFMM I_    Time: _09:00_
Date: _10-11-95_    Area: _Maintenance_
Signature: _Michael S. Miller_    Occurrence: _Staff Misconduct_
CC. to Capt. Inceraby and Robert Allen CFMM II

Inmates Involved:
Name & DC No.

Staff Involved:
Name & Title

Witnesses:

_Clemente, Jolalley - CC8528_    _Marty Miller, Plumbing Trades Inst._    _Johnson, Cheryl - 00078_
_Vasquez, Silvia - CC7919_        _White, Jolanda - OC3_
                                   _Ortiz, Ajda - OC55_

Actions Taken:

A 376

EXHIBIT
**54**    _376_

Description of Incident, in detail:  (Use other side if necessary):

The inmates listed above have come to me and made the following allegations against Mr. Marty Miller:

1. Mr. Miller brings in gifts of cigarettes to inmate Vasquez. This information was confirmed by two of the witnesses.

2. Mr. Miller brought in 2 cans of perfumed powder. He gave one container to inmate White and the other to another inmate. Inmate White threw hers away for fear of being caught with contraband. This information was confirmed by 2 or more of the witnesses.

3. Inmate White saw Mr. Miller kiss inmate Vasquez on the cheek.

10-12

LT Scott          ( REFUSED TRYING
                    WRITTEN STATEMENT )

White          OC 3674

TALKED about this before with
Capt BARTLETT. Claims back IN 1994
(Late) He Gave ~~Nancy~~ it to (m.miller)
AUSD Power) she GOT RID OF IT AND
PERLMAN OC 3351 — NO Idea why He
Gave it to them — He ask and brought
it IN. CLAIMS He Has HeadPhones
that belong to A inmate At Home to
be Fixed MCAFFEE — (Hearsay) — ALSO
about ~~Smokes~~ CIGERETTES. He Has
pictes of inmates who He talks about.
upset over PAy RAISE. TALKED About
~~last~~ tim she talked about MARTY MILLER
NOT SEXUAL at the time. Still touching
INMATE ASK JACKSON OA 1441 if
He could TOUCH HER.
NO one comes to tell because
She Feels NO one cares.

(left margin, vertical) CHONEY
JOHNSON
OC 0785

(below McAFFEE) Mr
OC 7812

A 377
EXHIBIT
55
PENGAD-Bayonne,N.J

10-12-95

I, Jolanda White, INMATE OC3674
is given A written Statement I know
I as well as co-workers That my boss
MARTy Miller Treats certain Females special.
I just wanted to say I have seen Marty
Miller Act out favoritism, meaning he brings
gifts to inmates. I received AN IMARI Powder
This is hearsay. He has Also brought Silvia
Another Crew Member, things in from outside.

X Jolanda White

witness Cgt

A 378

LT Sgt H                                      10-10

NO STMT

JOHNSON OC 0287
AFRAID OF GETTING LOCKED
OCT 6 1995  MILLER WORKING
IN FREDDIES AND WHEN HE WALKED
OUT AND SOMEONE SEE YELLED OUT
LIP STICK ON HIS PANTS AND SHE
TOLD HIM. MR MILLER SAID I
DON'T CARE AND IT WAS ON HIS
PANTS. EASY TO NOTICE THE LIP STICK
ON HIS PANTS THAT WHY SHE
TOLD HIM. TOLD HER, HE WAS
SCREWING ABOUT WITH POWER.
TOLD HIM ABOUT HIS WIFE AND
KIDS AND SHOULD STOP. AS NO
IDEA HOW EVERYONE THOUGHT IT WAS
LIP STICK, SOMETHING THINGS ARE DON'T
LOOK THE WAY THEY ARE. TOLD HER
NOT ALLOWED TO BE ALONE AND
NEXT THING SHE KNOWS HE'S ALONE
WITH A INMATE. FEELS EVERYONE
NOT TREATED FAIRLY ABOUT ON THE
JOB. FEELS MR MILLER LIED ABOUT
THE PAY RAISES. INMATE WHITE UPSET
ABOUT NOT GETTING A PAY RAISE, THESE
TWO DON'T GET ALONG. THIS UPSET
THAT EVERYONE IS NOT BEING TREATED
FAIR. NEVER WITNESS ANYTHING.
SHE HEARD FROM ORTIZ THAT HE WAS
GIVING THING/BRING INTO FOR VASQUEZ
AND ORTIZ WAS GOING TO TELL.

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
October 19, 1995

SUBJECT:  INVESTIGATION RESULTS
RE:   MR. MARTY MILLER

TO:      WILLIAM J. WOLFE
         SUPERINTENDENT

FROM:    R.R. LAZENBY
         INTELLIGENCE CAPTAIN

**CONFIDENTIAL**

As requested I investigated the alleged allegations lodged against Mr. Marty Miller, by several inmates.  They reported that he made sexual remarks to an inmate and also brought contraband into the institution for inmates.

We have accusations against a staff member, without any proof.  They claimed to have some evidence at one point but destroyed it to avoid getting misconducts for contraband.   They never informed any staff members of such evidence or comments.  We have no staff witnesses for these accusations.  This case comes down to inmates words against staff.  Who is telling me the truth?

I find it hard to believe if they had the evidence, why would they discard it and then come to me with these concerns and accusations against Mr. Miller.  This is illogical and leads me to believe this is nothing but a story to get Mr. Miller.

I have several reasons to draw this conclusion.  First, several of his inmate workers are upset over their pay.  Some got raises, while others did not.  They see this as unfair and preferential.  Secondly, some feel he shows favoritism to several of his workers.  In both cases, they were very upset.  Thirdly, he just wrote a misconduct on a worker.

I suggested that Mr. Miller might want to take a polygraph test to put an end to these allegations.  However, his union representative advised him otherwise.

Conclusion:

> I feel that Mr. Miller in the past was a poor supervisor and allowed his inmate workers to do and say as they pleased.  Now that he has taken a stronger position, they are upset and vindictive.  He tends to depend on a select few of his workers to do all the work, creating the illusion that he is partial to them.  I explained this to him at his interview, and how others might perceive these actions.  Mr. Miller has a very friendly personality which might be misinterpreted as being overly friendly.  He does like to touch people as he speaks to them and this practice must stop.  I have no evidence to substantiate anything else.

> This case is closed unless new evidence is revealed.

RRL/sy
CC:   Deputy Kormanic
      File

A 380

4  380

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
March 15, 1996

SUBJECT:    RE: CASE 96-09
            MR. MILLER

TO:         WILLIAM J. WOLFE
            SUPERINTENDENT

FROM:       R.R. LASTMAN
            INTELLIGENCE CAPTAIN

As requested Captain Bartlett investigated the allegations by
Inmate Pehlman 003351 that Marty Miller, Trades Instructor, is
sexual touching and introducing contraband into the institution.
(see Employee Report of Extraordinary Occurrence DC-121A, dated
3-12-1996, submitted by Ms. Wolfgang).

On March 15, 1996 Captain Bartlett interviewed Inmate Pehlman on
these allegations.  Inmate Pellman, when pressed for evidence,
decided not to pursue her allegations at this time.  (see Captain
Bartlett's report).

Conclusion:

These allegations were the result of a misconduct Inmate Pellman
received from Mr. Miller on 3-12-96. This is not the first time
these type of allegations have emerged, after an inmate has
received a misconduct from this staff member.  These same
allegations were address in Case #95-05. (see report dated 10-15-
95).

If I can be of any further help, please free to contact my
office.

cc: Deputy Kormanik
    file:miller3-6

A 381

EXHIBIT

65 381

PENGAD-Bayonne,NJ

PART I
INVESTIGATION

REASON FOR INVESTIGATION: Sexual Harassment

by Mr. Miller

Inmate(s) involved: PELLMAN          OC 3351

Staff involved: Mr. Miller

Date: 3-15 96          TIME: 1100

Investigating Staff: Corp Bartlett

Log Number: 96-08

REMARKS: Inmate Decided not to press the
Charges, when confronted.

file/Inv1

A 382
EXHIBIT
67 382

EMPLOYEE'S REPORT OF CONTRACT ... AND DISCIPLIN...
(TYPE OR PRINT LEGIBLY)

TO: _Ron Allen_  TITLE: _CFMM II_  DATE: _3-25-96_  TIME: _10.30 a_

FROM: _Mr. S. Miller_  TITLE: _CFMM I_  LOCATION OF OCCURRENCE: _MW 3_

SIGNATURE: _Michael S. Miller_  TYPE OF OCCURRENCE: _Sexual Misconduct_

| Inmates Involved Name and DC Number | Staff Involved Name and Title | Witnesses |
|---|---|---|
| Phillips Robin OC1674 | Mike Miller Plub. Tech. Inst. | |
| | Wayne Young Plub Tech. Inst. | |
| | | |
| | | |
| | | |

Complete Detailed Description of Incident (if force is used, include an account of events leading to a use of force, reasons for employing force

Mr. _____ came to me at approximately 9:00 a.m. and informed me the
inmate _Phillips_ had talked to him about some events of a sexual
that _I. Miller_ had done to her. I told Mr. Young to send inmates
to see me. She told me that Mr. Miller had "come on to her" sev-
eral ___. She said that when they were working in MW3 both were
___ — the other members of the crew to get tools or par-
only Mr. Miller and inmate Phillips were left in the bathroom. He had
touched her breasts several times and asked her to take h-
clothes off to "show me what you got." I reported this to Lt. B.
and Lt. Litz in the absence of Capt. Lazenby.

Actions Taken (in chronological order with times listed):

A 383
EXHIBIT
68 383
PENGAD-Bayonne, N.J.

TO: _____ _____  TITLE: _CFMM II_  DATE: _3-25-96_  TIME: _8:10___

FROM: _____ _Miller_  TITLE: _CFMM I_  LOCATION OF OCCURRENCE: _MW3_

SIGNATURE _M. ____S. Miller_  TYPE OF OCCURRENCE: _Sexual misconduct_

| Inmates Involved Name and DOC Number | Staff Involved Name and Title | Witnesses |
|---|---|---|
| Dissonni S.    een OC5297 | Marty Miller Act. Ted. Init. | |
| | | |
| | | |
| | | |

Complete Detailed Description of Incident (if force is used, include an account of events leading to a use of force, reasons for employing force

Inmate Dissonni S. ____ working in the PM Dietary crew came to me concerning M. Miller — he was working on her floor. She alleges that he came in her room and made "advances", and touched her breasts. She also claims that he has been looking in her room and was telling her he was going to wait for her to dress for work so he could see how she dressed. Inmate Dissonni has worked for me in the past for I know this inmate fairly well. I don't feel that she was lying when I talked to Dept. Utz and Lt. Beck as Capt. Luceny was absent

Actions Taken (in chronological order with times listed):

A 384
EXHIBIT
69 384

PART I
INVESTIGATION

REASON FOR INVESTIGATION: _____

Initial Investigation ordered and authorized
By Supt. Woolfe after Reciept of information
That Marty Miller was Sexually Harassing inmates.

_____

_____

_____

_____

Inmate(s) involved: Cullen DiGiovanni    OC5287

Robin Phillips    OC1674

Staff involved: Marty Miller

Date: March 25, 1996    TIME: 1300 hrs

Investigating Staff: Lt. Roger C Beck

Log Number: _____

REMARKS: Preliminary findings and Report submitted to
Supt Woolfe / Copy to Capt. Lazenby. Mr Miller Suspended
3/25/96 at 1600 hrs Pending this investigation

file/Inv1

1038

A 385

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF CORRECTIONS**
**SCI-CAMBRIDGE SPRINGS**
**March 15, 1996**

SUBJECT:    PEHLMAN, L.  OC3351

TO:        WILLIAM J. WOLFE
           SUPERINTENDENT

FROM:      KEITH R. BARTLETT
           CAPTAIN  OF THE GUARD

On March 15, 1996 at about 1215 I interviewed inmate Pehlman OC3351 with Lt. Scott present.

Ms. Pehlman wanted to tell me the same things she had told Ms. Wolfgang about Mr. Miller, Plumbing Instructor.

She admitted that he made her mad the day he wrote her up and she "flashed back" to when he touched her and that is why she is now telling us what happened.

I asked her if she would write a witness statement, sign it and have it notarized.  She said yes.  I asked her if she would submit to a polygraph and she replied yes.

I went to get a witness form and when I returned she changed her mind.  She wants to wait until she gets out of jail.  She said "I really didn't want to do this anyway".

I then ended the meeting.


KRB/sy

CC:    Deputy Kormanic
       Captain Lazenby
       File

A 386
5 386

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
March 15, 1996

SUBJECT:   PEHLMAN, L.  OC3351

TO:        WILLIAM J. WOLFE
           SUPERINTENDENT

FROM:      KEITH R. BARTLETT
           CAPTAIN  OF THE GUARD

On March 15, 1996 at about 1215 I interviewed inmate Pehlman OC3351 with Lt. Scott present.

Ms. Pehlman wanted to tell me the same things she had told Ms. Wolfgang about Mr. Miller, Plumbing Instructor.

She admitted that he made her mad the day he wrote her up and she "flashed back" to when he touched her and that is why she is now telling us what happened.

I asked her if she would write a witness statement, sign it and have it notarized. She said yes. I asked her if she would submit to a polygraph and she replied yes.

I went to get a witness form and when I returned she changed her mind. She wants to wait until she gets out of jail. She said "I really didn't want to do this anyway".

I then ended the meeting.


KRB/sy

CC.   Deputy Kormanic
      Captain Lazenby
      File



EXHIBIT
64

PENGAD-Bayonne,N.J.

A 387

CJ-121A
Revised 11-20-96

DEPARTMENT OF CORRECTIONS
EMPLOYEE REPORT OF EXTRAORDINARY OCCURRENCE
(TYPE OR PRINT LEGIBLY)

TO: _Ronald Lazenby_    TITLE: _Intelligence Captain_    DATE: _3-12-76_    TIME: _3:15 p.m_

FROM: _Sandra Wadzinski_    TITLE: _Psychologist_    LOCATION OF OCCURRENCE: _Psychologist's Office_

SIGNATURE: _Sandra B. Wadzinski_    TYPE OF OCCURRENCE: ~~Inmate report request~~
: Inappropriate Staff Conduct

| Inmates Involved Name and CC Number | Staff Involved Name and Title | Witnesses |
|---|---|---|
| Loria Pehlman   OC9851 | MR. MARTY MILLER Supervisor | None disclosed at |
| | Ms. Sandra Wadzinski, L.P.M. | this time. |
| | | |
| | | |

EXHIBIT
63 388

A 388

Complete Detailed Description of Incident (if force is used, include an account of events leading to a use of force, reasons for employing force):

Ms. Pehlman arranged at my office for a 2:00 p.m. appointment that had been scheduled two weeks ago. She was mildly upset about having received a misconduct from Mr. Marty Miller earlier in the day. (Misconduct was for refusing to obey an order.) While venting about the sequence of events leading to the misconduct, she reported to me that Mr. Marty Miller has been inappropriately touching the women on his work crew for "the last 4+ years." Statements made by Ms. Pehlman included the following. "He grabs their asses and their boobs. He sits on the floor, spreads his legs and motions for the women to come sit on his lap. He brings them candy and perfume.... He tried it on me and I told him up front 'No! I'm married. You're married. Keep your hands off of me.'"

→ I listened. I asked her directly if her accusations were generated from the misconduct, cautioning her that accusations at this time may well be viewed as a "get back." Although acknowledging anger triggered by the misconduct, she denies any fabrication and/or distortion of reality, stating "That man's mentality is about sex. Given the chance, he'd fuck every

with measurements and attach).

N/A

Description of Injuries to Staff or Inmates and Medical Attention Required, if any:

UNDETERMINED AT THIS TIME

Description of Method in Which Force Was Applied by Staff and Many Security Equipment Used (baton, E.B.I.D., Cap-Stun, etc.):

N/A

A 389

DC-121A
Revised 11-20-95

DEPARTMENT OF CORRECTIONS
EMPLOYEE REPORT OF EXTRAORDINARY OCCURRENCE
(TYPE OR PRINT LEGIBLY)

TO: RONALD LAZENBY ____ TITLE: Intelligence ____ DATE: 3·12·76 ____ TIME: 3·15 p.m
                                   J Captain

FROM: Sandra Wolfgang ____ TITLE: Psychologist ____ LOCATION OF OCCURRENCE: Psychologist's Office

SIGNATURE Sandra B. Wolfgang ____ TYPE OF OCCURRENCE: Inmate report regard
                                                    : Inappropriate Staff Conduct

| Inmates Involved Name and DC Number | Staff Involved Name and Title | Witnessees |
|---|---|---|
| Lena Pehlman    OC3351 | MR. MARTY Miller, Supervisor | None disclosed at this time. |
|  | Ms. Sandra Wolfgang, L.P.M. |  |
|  |  |  |
|  |  | A 390 |

Complete Detailed Description of Incident (if force is used, include an account of events leading to a use of force, reasons for employing force):

Ms Pehlman appeared at my office for a 2:00 pm appointment that had been scheduled two weeks ago. She was mildly upset about having received a misconduct from Mr. Marty Miller earlier in the day. (Misconduct was for refusing to obey an order) While venting about the sequence of events leading to the misconduct, she repeated to me That Mr. Marty Miller has been inappropriately touching the women on his work crew for "the last two years." Statements made by Ms. Pehlman include The following, "He grabs their asses and their boobs. He sits on the floor, spreads his legs, and motions for the women to come sit on his lap. He brings

Actions Taken (In chronological order with times listed): them candy and perfume. . . . He tried it on me and I told him up front 'No! I'm married. You're married. Keep your hands off of me."

→ I listened. I asked her directly if her accusations were generated from the misconduct, cautioning her that accusations at this time may well be viewed as a "get back". Although acknowledging anger triggered by the misconduct she denies any fabrication and/or distortion of reality, stating, "That man's mentality is about SEX. Given the chance, he'd fuck every ⑥
[cut off] to all he thinks about. It's sickening and

Description of Weapon(s), if any (photocopy weapon with measurements and attach):

N/A

Description of Injuries to Staff or Inmates and Medical Attention Required, if any:

Undetermined at this time

Description of Method in Which Force Was Applied by Staff and Many Security Equipment Used (baton, E.B.I.D., Cap-Stun, etc.):

N/A.

A 391

7

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
March 15, 1996

SUBJECT:    REF: CASE 96-09
            MR. MILLER

TO:      WILLIAM J. WOLFE
         SUPERINTENDENT

FROM:    R.F. LASENBY
         INTELLIGENCE CAPTAIN


As requested Captain Bartlett investigated the allegations by
Inmate Pehlman OC3351 that Marty Miller, Trades Instructor, is
sexual touching and introducing contraband into the institution.
(see Employee Report of Extraordinary Occurrence DC-121A, dated
3-12-1996, submitted by Ms. Wolfgang).

On March 15, 1996 Captain Bartlett interviewed Inmate Pehlman on
these allegations.  Inmate Pellman, when pressed for evidence,
decided not to pursue her allegations at this time.  (see Captain
Bartlett's report).


Conclusion:

These allegations were the result of a misconduct Inmate Pellman
received from Mr. Miller on 3-12-96. This is not the first time
these type of allegations have emerged, after an inmate has
received, a misconduct from this staff member.  These same
allegations were address in Case #95-05. (see report dated 10-19-
96).

If I can be of any further help, please free to contact my
office.

cc: Deputy Kormanic
    file/mmiller3-6


A 392

8

Miller, Martin (Plumbing Instructor)
September 1994

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
March 15, 1996

SUBJECT:  PEHLMAN, L. OC3351

TO:    WILLIAM J. WOLFE
       SUPERINTENDENT

FROM:    KEITH R. BARTLETT
         CAPTAIN OF THE GUARD

On March 15, 1996 at about 1215 I interviewed inmate Pehlman OC3351 with Lt. Scott present.

Ms. Pehlman wanted to tell me the same things she had told Ms. Wolfang about Mr. Miller, Plumbing Instructor.

She admitted that he made her mad the day he wrote her up and she "flashed back" to when he touched her and that is why she is now telling us what happened.

I asked her if she would write a witness statement, sign it and have it notarized. She said yes. I asked her if she would submit to a polygraph and she replied yes.

I went to get a witness form and when I returned she changed her mind. She wants to wait until she gets out of jail. She said "I really didn't want to do this anyway".

I then ended the meeting.


KRB/sy

CC:  Deputy Kormanic
     Captain Lazenby
     File

9

## PART I
## INVESTIGATION

REASON FOR INVESTIGATION: _____

Initial INVESTIGATION ordeeed And AuthoeizED
By Supt. Woolfe AFTER RiciEpt of inFoRmATioN
That marty miller was sexually Harassing inmates.

_____

_____

_____

Inmate(s) involved: Collen DiGiovanni        OC5287
                    Robin Phillips           OC1674

Staff involved:     marty miller

Date: MARch 25, 1996        TIME: 1300 hRS

Investigating Staff: Lt. RoGER C BEck

Log Number: _____

REMARKS: PRElimiNARy Findings And Repoe+ suBmitted to
Supt Woolfe / Copy to CAPt. LAzENBy. mR miller suspended
3/25/96 At 1600hes PENding this iNVESTiGATioN

file/Inv1

A 394                    10

| Location: Creighton's | Date: 3-25-96 | Time: 1345 | Case #: |
|---|---|---|---|

| Last Name, First Name, Middle Initial: 005287 DiGiovanni, Colleen F. | Date of Birth: 2-34-64 | Social Security #: 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 |
|---|---|---|

Address: SCICRS

I, __Colleen DiGiovanni__, hereby state that __Lt. Roger C. Cook SC.__ has identified himself/herself to me as a Correctional Officer 3 for the Pennsylvania Department of Corrections. I do hereby voluntarily and of my own free will make the following statement, under penalty of perjury, 18 Pa. C.S. 4904. I have not been subjected to any coercion, unlawful influence or unlawful inducement. I have not been promised any favors or been given any compensation.

3-22-96 I was approached by Mr. Marty Miller he was doing plumbing work in my unit NCU. He asked me how I liked my kitchen job I said i was great I was then in my room #36 sitting watching my TV & drinking coffee he kept hanging out at my door asking me when I was leaving question I really didn't give him a correct answer I anyday now. Then I went to the ladies room & he started talking to me again & intentionally my breast with his hand then he grabbed me Said I looked like I needed a hug. I was even more upset but, I was trying to keep my head then, I went & got dressed & go to work & he still kept hanging outside my door & was trying to talk to me as I w getting dressed. He was making comments /.

I further state that I have read and understand this entire statement or it has been read and explained to me. I have initialed all pages, corrections and signed this statement. It is true and correct as written.

WITNESSES:

Lt. Neall

Lt. RC Cook

Colleen DiGiovanni
(Signature of person making statement)

A 395

## STATEMENT
continued

Oh I didn't know you were alone but he knew I was alone & he said he would of came in to see if everything was intact in order. At that point didn't say anything. I then went to the bathroom to put my hair net & I was upset & shocked & scared. I didn't report it right away, because I was scared & I had to think of what to do.

3-25-96 It was about 6:00 AM maybe later MR. Marty Miller came in ww D3 Again told me to smile asked me if I was gone to work. I said yes he now remember when your getting read dressed let me know & I'll come in & see that everything is in order. I just looked I got so upset I left the room then, I knew I had to go to another so I went back to my scarf & there I.. drilling & I looked out window to..

I further state that I have read and understand this entire statement or it has been read and explained to me. I have initialed all pages, corrections and signed this statement. It is true and correct as written.

WITNESSES:

_Lt. Scott_

_H. RC Bufsc_

_(Signature of person making statement)_

A 396
12

what was going on out there he was right
next to me & then he rushed
out I went to the bathroom as
my neighbor to come in the bathro
why I put my scarf on incase he
came in & then I went back
in room to get my jacket & he stood
at the door & said I'll be here ne
remember to let me know when
you get dressed so I can make
sure everything is in tact the
all of the sudden our fire alar
went off & we had to go
outside & get counted then w
came in & I waiting abou
10 minutes for me to get togr
in the other common room

I further state that I have read and understand this entire statement or it has been read
and explained to me. I have initialed all pages, corrections and signed this statement.
It is true and correct as written.

WITNESSES:

_____    _____
                              (Signature of person making statement)

_____

A 397

13

I was scared to say anything on
the 22nd to anyone
I didn't feel comfortable talking
to anyone so, I saw MR. Mike
Miller & told him what happened
& what should I do & he referre
me to LT. Beck. And I came &
was able to talk to him.

I further state that I have read and understand this entire statement or it has been read and explained to me. I have initialed all pages, corrections and signed this statement. It is true and correct as written.

WITNESSES:

_____

_____

_____
(Signature of person making statement)

**A 398**

14

**COMMONWEALTH OF PENNSYLVANIA**
**Department of Corrections**
**SCI-Cambridge Springs**
**March 25, 1996**

**SUBJECT:**   Request for Assistance from the Office of Professional
Responsibility

**TO**:   Thomas A. Fulcomer
Deputy Commissioner
Western Region

*W. J. Wolfe*

**FROM:**   William J. Wolfe
Superintendent

I am formally requesting investigative assistance from the Office of Professional
Responsibility into numerous inmate allegations of sexual misconduct by Martin Miller,
Plumbing Instructor.

During the past several years we have received similar allegations concerning Mr.
Miller, however, our local investigations were terminated due to a lack of sufficient
evidence to corroborate the charges.

We presently have two inmates who were willing to sign statements and submit
themselves to a polygraph test. Without outside assistance, I am concerned this case
will also be dropped due to a lack of evidence.

I believe Mr. Miller is discrete enough not to act out inappropriately in the presence of
witnesses.

Please find attached copies of the most recent investigative reports submitted by
Lieutenant Beck.

I am thanking you in advance for your consideration of this request.

WJW/cld

cc:   Vaughn Davis
File/miller.396

A 399

15

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
SCI-CAMBRIDGE SPRINGS
March 26, 1996

# CONFIDENTIAL

SUBJECT:  REPORT OF INVESTIGATION
MARTY MILLER

TO:  WILLIAM J. WOLFE
SUPERINTENDENT

FROM:  LT. ROGER C. BECK, SR.

On March 25, 1996, I received a call from Mike Miller CFMM I that inmate Robin Phillips OC1674 had reported to him that her work supervisor, Marty Miller was sexually harassing her. As this writer is aware of several other previous complaints on Marty Miller, I advised that I would make Captain Lazenby aware of this situation upon his return.

Approximately fifteen (15) minutes later, Mike Miller once again contacted me by phone and stated that inmate Colleen Digiovanni OC5287, was in his office with another sexual harassment complaint on Marty Miller. I advised Mike Miller to contact Deputy Utz and provide him with this information for his determination of what plan of action to take. Deputy Utz then contacted this writer and stated that he had spoken to Superintendent Wolfe and that the Superintendent wanted an official investigation conducted at once to be done by Lt. Beck.

At 1340 hrs. on March 25, 1996, Lt. Beck called inmate Digiovanni OC5287 into his office. This inmate stated during oral questioning that on Friday, March 22, 1996, she was in her room in NWD-3, room #36 in the morning hours. Marty Miller was in her bathroom apparently doing some type of plumbing work. Digiovanni stated that Marty Miller began talking to her and "coming on" to her. She further stated that Marty Miller came close to her and intentionally touched her breast with his hand. When Mr. Miller saw that this action visibly upset her, he then gave her a hug because he said she looked like she needed one. Mr. Miller then seemed to hang around her room and told her that if she needed help in getting dressed to let him know. Digiovanni stated that from this point she requested inmate Ferguson watch her when she entered the bathroom because she was afraid of Miller. Digiovanni further stated that inmate Ferguson witnessed the touching incident.

On Monday, March 25, 1996, Digiovanni stated that Marty Miller was once again in her room and made more sexual statements to her. All this information is contained in a written statement obtained by Lt. Beck on March 25, 1996 by Digiovanni. Digiovanni was asked if she would be willing to submit to a polygraph test as to the truthfulness of her statement and allegations. Digiovanni stated to Lt. Beck that she would be willing to do this if requested.

GR EXHIBIT
71
PENGAD-Bayonne N.J.
A 400

On March 25, 1996, at 1445 hrs., I interviewed Robin Phillips OC1674 in my office. Phillips indicated that she has a big problem with her work supervisor, Marty Miller. Phillips stated that she reported incidents of fondling and sexual comments to Mike Miller, who referred her to Lt. Beck. Phillips, upon questioning, revealed that Marty Miller has felt her breasts on several occasions, and, even after Phillips told him to stop doing this, he continued. He has also made sexual comments repeatedly to her, as indicated in her written statement. Another alleged incident took place in a housing unit involving Marty Miller showing inmate Phillips his penis and asking her if she wanted to touch it. Phillips also stated that Mr. Miller wanted to give her money and would "take care" of her after she got out. All of the above information is contained in Phillips' written statement. Phillips also stated she would be willing to take a polygraph test as to her truthfulness.

Based on the information thus far, Lt. Beck met with Superintendent Wolfe for a review. Superintendent Wolfe contacted Deputy Commissioner Fulcomer on March 25, 1996 at 1520 hrs. It was a recommendation from both that Marty Miller be suspended pending this investigation. Ms. Donnell typed an official suspension letter which was signed by Superintendent Wolfe. Lt. Beck notified Marty Miller to report to the Superintendent's office, where he was advised of his suspension and investigation of alleged sexual misconduct while working.

I advised Superintendent Wolfe that all my reports, statements, and information would be turned over to Captain Lazenby upon his return.


RCB/sy

CC:    Captain Lazenby
        File

A 401

COMMONWEALTH OF PENNSYLVANIA
Department of Corrections
SCI-Cambridge Springs
March 25, 1996

SUBJECT: Martin Miller

TO:        Control

FROM:     William J. Wolfe
          Superintendent

Effective March 25, 1996, Martin Miller is not permitted to enter the Institution until further notice, without the approval of my office.

## NOT TO BE READ AT ROLL CALL!

WJW/cld

cc:    Deputy Kormanic
       Deputy Utz
       Roger Cyr
       Shift Commanders
       File/miller.396



EXHIBIT
80

A 402