IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247  Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, | : | |
| et al., | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**UNOPPOSED MOTION TO SUPPLEMENT/SUBSTITUTE
APPENDIX TO PLAINTIFF'S BRIEF IN OPPOSITION
TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff respectfully moves to supplement the Appendix to Plaintiff's Brief In Opposition to Defendants' Motion for Partial Summary Judgment in order to substitute the unexecuted Declaration of Lisa Lambert (pages A 772-A 776) with the executed and signed Declaration of Lisa Lambert (see Exhibit A), for the following reasons:

1. Plaintiff's response to Defendants' Motion for Partial Summary Judgment was due on December 15, 2006.

2. Plaintiffs filed her response to Defendants' Motion for Partial Summary Judgment on December 15, 2006.

3. Plaintiff included in her response an unexecuted version of Plaintiff's Declaration in pages A 772-A776 in the Appendix.

4. Plaintiff is currently incarcerated at a correctional facility in Massachusetts. Counsel arranged for Plaintiff to sign the declaration, but due to unforeseen delays in the mail delivery to and from the prison, Plaintiff's counsel only received the executed Declaration on Monday, December 18, 2006.

5. Opposing counsel graciously consents to Plaintiff's supplementing her response by substituting the unexecuted declaration with the executed declaration.

Therefore, it is respectfully requested that Plaintiff be permitted to supplement the Appendix to Plaintiff's Brief In Opposition To Defendants' Motion For Partial Summary Judgment by substituting the unexecuted Declaration of Lisa Lambert with the executed Declaration of Lisa Lambert.

                                Respectfully submitted,

                                /s/Angus Love
                                Angus Love, ID # 22392
                                Pennsylvania Institutional Law Project
                                718 Arch Street, Suite 304 South
                                Philadelphia, PA 19106
                                (215) 925-2966

Date: December 18, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247  Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, et al., | : | |
| | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Unopposed Motion To Supplement/Substitute Appendix to Plaintiff's Brief In Opposition To Defendants' Motion For Partial Summary Judgment was served upon the following via ECF on December 18, 2006:

Rob Willig
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

I hereby certify that a true and correct copy of Unopposed Motion To Supplement/Substitute Appendix to Plaintiff's Brief In Opposition To Defendants' Motion For Partial Summary Judgment was served upon the following via first class mail on December 18, 2006:

James Eicher
209 McConnell Road
New Wilmington, PA 16152

        Respectfully submitted,

          /s/Angus Love
        Angus Love, ID # 22392
        Pennsylvania Institutional Law Project
        718 Arch Street, Suite 304 South
        Philadelphia, PA 19106
        (215) 925-2966

Date: December 18, 2006