## IN THE UNITED STATED DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 96-247 |
| ) | Judge Sean J. McLaughlin |
| WILLIAM WOLFE; THE ESTATE OF ) | Magistrate Judge Susan Paradise Baxter |
| KEITH BARLETT, JOHN RAUN; ) | |
| JAMES EICHER; and VICTORIA ) | |
| KORMANIC ) | |
| ) | |
| ) | Electronically Filed |

## ORDER

AND NOW, to-wit, this _____ day of _____ 2007, upon consideration of the foregoing **Leave to File Defendants' Reply to Plaintiff's Statement of Material Facts *Nunc Pro Tunc*** it is hereby **ORDERED** that leave is **GRANTED** and the Defendants Reply is accepted for filing.

BY THE COURT;

_____J.
