IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 96-247 Erie |
| WILLIAM WOLFE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 20, 1996, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 71], filed on May 31, 2007, recommended that the motion for partial summary judgment [Doc. No. 55] be denied in all respects. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendants. The Commonwealth Defendants filed objections [Doc. No. 72] on June 8, 2007, and Plaintiff filed a Response to the objections [Doc. No. 73] on June 15, 2007. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the objections thereto and the response to the objections, the following order is entered:

AND NOW, this 25th day of June, 2007;

IT IS HEREBY ORDERED that the motion for partial summary judgment [Doc. No. 55] is DENIED in all respects.

The Report and Recommendation [Doc. No. 71] of Magistrate Judge Baxter, filed on May 31, 2007, is adopted as the opinion of the Court.

                                          s/   Sean J. McLaughlin
                                              United States District Judge

cm:   All parties of record

Susan Paradise Baxter, U.S. Magistrate Judge