**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA LAMBERT, | ) | |
|       Plaintiff, | ) | |
|       v. | ) | C.A. No. 96-247 Erie |
|  | ) | District Judge McLaughlin |
| SUPERINTENDENT WOLFF, et al, | ) | Chief Magistrate Judge Baxter |
|       Defendants. | ) | |

**O R D E R**

AND NOW, this 9th day of July, 2007;

IT IS HEREBY ORDERED that this case be referred back to District Judge Sean J. McLaughlin for further proceedings.


                                            S/ Susan Paradise Baxter
                                            SUSAN PARADISE BAXTER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE