IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA LAMBERT,<br>    Plaintiff | )<br>)<br>) |
| vs. | )    CA 96-247 Erie<br>) |
| SUPERINTENDENT WOLFE, et al.,<br>    Defendants | )<br>) |

**O R D E R**

_____AND NOW, this 10th day of July, 2007,

IT IS HEREBY ORDERED that the Plaintiff's Pretrial Statements are due on or before July 30, 2007

IT IS FURTHER ORDERED that the Defendant's Pretrial Statements are due on or before August 20, 2007

_____
SEAN J. MCLAUGHLIN
UNITED STATES DISTRICT JUDGE