IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247  Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, | : | |
| et al., | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MEMORANDA**

Plaintiff Lisa Lambert respectfully moves for an extension of time for parties to file Pretrial Statements thirty (30) days after the scheduled Settlement Conference on August 23, 2007.  Plaintiff therefore requests an extension for Plaintiff to file pretrial statements on September 24, 2007 and for Defendants to file pretrial statements on October 15, 2007.

1. On June 25, 2007, the Court denied Defendants' Motion for Summary Judgment.

2. On July 10, 2007, the Court ordered that Plaintiff's Pretrial Statements are due on or before July 30, 2007, and that Defendants' Pretrial Statements are due on or before August 20, 2007.

3. On July 11, 2007, the Court ordered a Settlement Conference to be held on August 23, 2007.

4. Extending the time to file pretrial statements and memoranda until after the settlement conference promotes judicial economy because if the parties are able to settle the case, the pre-trial documents will not be necessary.

5. Robert Willig, defendant for Defendants, concurs in this motion.

Therefore, Plaintiff Lambert requests an extension of time for Plaintiff to file pretrial statements on September 24, 2007 and for Defendants to file pretrial statements on October 15, 2007.

Respectfully submitted,

 /s/ Angus Love
Angus Love, ID# PA 22392
Pennsylvania Institutional Law Project
718 Arch Street, Suite 304S
Philadelphia, PA 19106
T:  (215) 925-2966
F:  (215) 925-5337

DATE:  July 11, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247  Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, | : | |
| et al., | : | (Filed via ECF) |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of Plaintiff's Motion for Extension of Time To File Pretrial Memoranda was served upon the following via ECF on July 11, 2007 to:

  Rob Willig
  Office of the Attorney General
  564 Forbes Avenue
  6th Floor, Manor Complex
  Pittsburgh, PA 15219

  I hereby certify that a true and correct copy of Plaintiff's Plaintiff's Motion for Extension of Time To File Pretrial Memoranda was served upon the following via first class mail on July 11, 2007:

  James Eicher
  209 McConnell Road
  New Wilmington, PA 16152

              Respectfully submitted,
                /s/Angus Love
              Angus Love, ID # 22392
              Pennsylvania Institutional Law Project
              718 Arch Street, Suite 304 South
              Philadelphia, PA 19106
              (215) 925-2966

DATE:  July 11, 2007