IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA LAMBERT, | : | |
| | : | CIVIL ACTION NO: |
| Plaintiff, | : | 96 CV. 247 Erie |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge BAXTER |
| SUPERINTENDENT WILLIAM WOLFE, et al., | : | |
| | : | (Filed via ECF) |
| Defendants. | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2007, Plaintiff's Motion for Extension of Time to File Pretrial Memoranda is HEREBY GRANTED. Plaintiff's Pretrial Statements are due on or before on September 24, 2007 and Defendants' Pretrial Statements are due on or before October 15, 2007.

BY THE COURT:

_____

J.