IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA LAMBERT,                      )
       Petitioner              )
                                   )
       v.                       )   CIVIL ACTION NO. 96-247 ERIE
                                   )
SUPERINTENDENT WILLIAM WOLFF,      )
et al.,                            )
       Respondents             )

SETTLEMENT

Proceedings held before the HONORABLE SEAN J. McLAUGHLIN, U.S. District Judge, in Judge's Chambers, U.S. Courthouse, Erie, Pennsylvania, on Thursday, August 23, 2007.

APPEARANCES:

ANGUS R. LOVE, Esquire, Pennsylvania Institutional Law Project, appearing on behalf of the Petitioner.

JERE KRAKOFF, Esquire, appearing on behalf of the Petitioner.

ROBERT A. WILLIG, Esquire, Office of Attorney General, appearing on behalf of the Defendants.

Ronald J. Bench, RMR - Official Court Reporter

2

PROCEEDINGS

(Whereupon, the On The Record Settlement proceedings began at 1:40 p.m., on Thursday, August 23, 2007, in Judge's Chambers.)

THE COURT: Are you on the line, Ms. Lambert?

MS. LAMBERT: Yes.

THE COURT: Ms. Lambert, this is Judge McLaughlin, I'm here with counsel. I'm now going to ask Mr. Willig on behalf of the defendants to articulate the terms and conditions of the settlement. Once he has done that, I'm going to confirm both with your counsel and yourself, that those terms are acceptable. Go ahead, Mr. Willig.

MR. WILLIG: Your Honor, the defendants have agreed to settle this case for $35,000; as a global settlement, is that correct, gentlemen?

MR. KRAKOFF: That's correct.

MR. LOVE: Yes.

THE COURT: Also, with respect to Ms. Lambert coming back to the Pennsylvania Department of Corrections, the Pennsylvania Department of Corrections has no intent to take any actions -- will not take any actions to bring Ms. Lambert back into the custody of the Department of Corrections. In the event that the Massachusetts Department of Corrections decides

3

1  that Ms. Lambert should not be incarcerated there anymore, at
2  that point the DOC, the Department of Corrections, Pennsylvania
3  Department of Corrections will notify me, I will notify the
4  Pennsylvania Institutional Law Project.  But we will cross that
5  bridge when we get to it.  But the Pennsylvania Department of
6  Corrections has no intention to take any affirmative steps to
7  get Ms. Lambert back.
8           MR. KRAKOFF:  I was going to make that clear.  It is
9  my understanding, because we had a brief dialogue about that
10 before Ms. Lambert got on, my understanding is that the
11 Pennsylvania Department of Corrections, if informed by the
12 Massachusetts Department of Corrections that Massachusetts no
13 longer wants to keep her, the Pennsylvania Department of
14 Corrections will then contact the various states with which it
15 has a compact, an interstate compact, will contact each of the
16 states as one is eliminated.  Only if no other state is
17 agreeable to taking Ms. Lambert, will she come back to
18 Pennsylvania.  Am I right?
19          MR. WILLIG:  That sounds fine.
20          THE COURT:  Ms. Lambert, you've just heard what
21 counsel have indicated.  Are those settlement terms acceptable
22 to you?
23          MS. LAMBERT:  Yes, they are.
24          THE COURT:  Do you understand that by agreeing to
25 those terms, you will be releasing and forever discharging all

4

1  claims that you have that arose out of this lawsuit, do you
2  understand that?
3           MS. LAMBERT:  Yes.
4           THE COURT:  All right.  It goes without saying that
5  those terms comport with your understanding, is that right?
6           MR. KRAKOFF:  That's correct.
7           THE COURT:  Then, as far as I'm concerned -- do you
8  have something to add, Mr. Love?
9           MR. LOVE:  Yes.  Mr. Eicher is not represented by
10 the Department of Corrections.  I don't think we have any
11 interest in going against him, but maybe it should be noted for
12 the record.
13          MR. KRAKOFF:  We'll be dropping the case.
14          THE COURT:  Let me just say that I presume that
15 there will be a release prepared, is that right?
16          MR. WILLIG:  Yes, your Honor.
17          THE COURT:  Which, I presume, will include all named
18 defendants, is that right?
19          MR. LOVE:  I have no problem with that.
20          MR. WILLIG:  That's fine, your Honor.
21          MR. KRAKOFF:  Lisa, do you agree with that?
22          MS. LAMBERT:  Yes.
23          THE COURT:  Anything else that anybody needs to put
24 on the record?
25          MR. LOVE:  No, your Honor.

```
                                                                    5

1              MR. WILLIG:  No, your Honor.
2              THE COURT:  Thank you, we're adjourned.
3
4              (Whereupon, at 1:44 p.m., the Settlement proceedings
5     were concluded.)
6
7                            - - -
```

6

## C E R T I F I C A T E

I, Ronald J. Bench, certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____

Ronald J. Bench